U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

FILED
FEBRUARY 26, 2008
MICHAEL W. DOBBINS
CLERK; U.S. DISTRICT COURT

08 C 1158

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| STONE INTERIORS, INC., d/b/a PRP USA<br>Plaintiff<br>v.<br>CUSTOM INTERIORS, LLC and MICHAEL ZAMPIERI IV<br>Defendants | **JUDGE KENDALL**<br>**MAGISTRATE JUDGE VALDEZ** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Stone Interiors, Inc. d/b/a PRP, USA - Plaintiff

| | |
|---|---|
| NAME (Type or print)<br>J. Scott Humphrey | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ J. Scott Humphrey | |
| FIRM<br>Seyfarth Shaw LLP | |
| STREET ADDRESS<br>131 S. Dearborn Street, Suite 2400 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6239169 | TELEPHONE NUMBER<br>312-460-5528 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |