UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Stone Interiors, Inc.
                              Plaintiff,

v.                                           Case No.: 1:08−cv−01158
                                             Honorable Virginia M. Kendall

Custom Interiors, LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

      MINUTE entry before Judge Virginia M. Kendall: Status hearing held 4/29/08. Plaintiff given until 5/30/2008 to serve remaining defendants. Initial Status set for 6/11/2008 at 9:00 AM. Joint Status Report due 6/6/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.