UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| STONE INTERIORS, INC., d/b/a PRP USA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 08 CV 1158 |
| CUSTOM INTERIORS, LLC and MICHAEL ZAMPIERI IV, | ) ) ) ) |
| Defendants. | |

## NOTICE OF MOTION

TO:  Mr. Mike Zampieri                Ms. Sharon K. Beck
     Custom Interiors LLC             Hard Rock Enterprises LLC
     8255 Wards Lane                  10023 Lifeline Court
     Semmes, Alabama  36575           Mobile, Alabama  36608

PLEASE TAKE NOTICE that on May 28, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia Kendall, or any other judge sitting in her stead in Courtroom 2319 of the Northern District of Illinois, 219 S. Dearborn Chicago, Illinois, and then and there present the attached Motion for Leave to File Amended Complaint Instanter, a copy of which is attached and served upon you.

**Dated: May 16, 2008**                    Respectfully submitted,

                                           STONE INTERIORS, INC. D/B/A PRP USA


                                           By_____s/J. Scott Humphrey_____
                                                  One of Its Attorneys


J. Scott Humphrey, Esq.
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000