## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

STONE INTERIORS, INC., d/b/a PRP USA,  )
                    )
        Plaintiff,         )
                    )
      v.             )   Case No. 08 CV 1158
                    )
CUSTOM INTERIORS, LLC,      )
                    )
MICHAEL ZAMPIERI IV,       )

and HARD ROCK ENTERPRISES, LLC

        Defendants.

### FIRST AMENDED COMPLAINT

Plaintiff, Stone Interiors, Inc. d/b/a PRP USA ("Stone Interiors"), by and through its attorney, J. Scott Humphrey of Seyfarth Shaw LLC, alleges and states as follows for its First Amended Complaint for money judgment against Defendants Custom Interiors, LLC ("Custom Interiors"), Michael Zampieri, IV ("Zampieri") and Hard Rock Enterprises, LLC ("Hard Rock").

### OVERVIEW

1.    Stone Interiors seeks to recover a money judgment in the amount of $140,037.23, plus interest and attorneys fees, and to recover all additional costs incurred in this action pursuant to Agreements entered into between Stone Interiors, Custom Interiors and Zampieri in October 2006, November 2006, and October 2007.  In addition, Stone Interiors seeks to recover the value of goods it delivered to Custom Interiors that are now believed to be used by Hard Rock without compensation to Stone Interiors.

### PARTIES, JURISDICTION AND VENUE

2.    Stone Interiors is an Illinois corporation with its principal place of business located at 1207 Candlewood Court in Aurora, Illinois.  Stone Interiors is in the business of

supplying marble and granite products to various customers. All actions taken by Stone Interiors with respect to its business originate out of its headquarters in Aurora, Illinois.

3.      Based upon information and belief, Custom Interiors is an Alabama Limited Liability Company with its principal place of business at 8255 Wards Lane in Semmes, Alabama.

4.      Also based upon information and belief, Jason Ziglar, James Ziglar, Darrel Roberts and RZ Group, LLC are the only members of Custom Interiors. Jason Ziglar, James Ziglar and Darrel Roberts are individuals who reside in Alabama. RZ Group, LLC is an Alabama Limited Liability Company

5.      Zampieri is an officer and director of Custom Interiors. Based upon information and belief, Zampieri is an Alabama resident who resides at 6417 Canebrake Road, Mobile, Alabama, 36695.

6.      Based upon information and belief, Hard Rock is an Alabama Limited Liability Company with its principal place of business at 8255 Wards Lane, Semmes, Alabama.

7.      Also based upon information and belief, Michael J. Zampieri III is the only member of Hard Rock. Michael J. Zampieri III is an individual who, upon information and belief, resides in Alabama.

8.      In October and November 2006, Stone Interiors entered into negotiations with Custom Interiors from its offices in Aurora, Illinois about supplying services and materials to Custom Interiors.

9.      The parties subsequently entered into an Agreement whereby Stone Interiors agreed to supply, and Custom Interiors agreed to pay for, marble and granite slabs to Custom Interiors.

10.      Stone Interiors entered into this Agreement from its offices in Aurora, Illinois.

11.     On September 24, 2007, Stone Interiors, Custom Interiors, and Zampieri entered into an Agreement that specifically stated that any and all disputes arising from the Agreement shall "be brought and maintained in the United States District Court for the Northern District of Illinois."

12.     Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. §1332 because the parties are citizens of different states and the matter in controversy exceeds $75,000.00.

13.     Venue is also proper in this district under 28 U.S.C. §1391(a) because Stone Interiors' principal place of business is here, Custom Interiors conducts business here, a substantial portion of the transactions at issue took place here, and the parties specifically agreed that this court would resolve any dispute arising out of their Agreements.

## COUNT ONE
### (Breach of Contract – Custom Interiors)

14.     In October and November 2006, Stone Interiors and Custom Interiors entered into an Agreement (the "Agreement") whereby Custom Interiors would purchase, and Stone Interiors would deliver, marble and granite slabs from Stone Interiors.  The terms of the Agreement are found in the invoices sent by Stone Interiors to Custom Interiors on October 10, October 16 and November 30, 2006.  Copies of these invoices are attached as Exhibits A-C.

15.     Pursuant to the Agreement, Stone Interiors issued an invoice to Custom Interiors following Custom Interior's order for marble and/or granite slabs.

16.     The invoice(s) stated the materials, quantity, price and total amount of Custom Interior's order and that Stone Interiors would ship the marble and/or granite slabs to Custom Interiors along with the invoice.

17.     The invoices also stated that payment for the marble and/or granite slabs is due within 90 days of the bill of lading.

18.    Thus, under the express terms of the Agreement, Custom Interiors agreed to pay for all materials provided by Stone Interiors within 90 days of the bill of lading.

19.    Stone Interiors and Custom Interiors further agreed that Custom Interiors would be charged interest at the rate of 12 percent per annum for any invoice that was not paid within 90 days of the bill of lading.

20.    Finally, the parties agreed that the prevailing party in any dispute arising out of the Agreements "shall be able to recover reasonable attorney and other charges" from the non-prevailing party.

21.    Pursuant to the Agreement, on October 10, 2006, Stone Interiors issued an invoice to Custom Interiors with a Bill of Lading date of October 10, 2006.  The invoice amount was for $12,335.41 worth of material.  (A copy of the invoice is attached as Exhibit A).

22.    Pursuant to the Agreement, on October 16, 2006, Stone Interiors issued six invoices to Custom Interiors with a Bill of Lading date of October 16, 2006.  The total invoice amount was for $122,715.62 worth of material.  (A copy of the October 16, 2006 invoices are attached as Exhibit B).

23.    Pursuant to the Agreement, on November 30, 2006, Stone Interiors issued an invoice to Custom Interiors with a Bill of Lading date of November 30, 2006.  The invoice amount was for $19,982.20 worth of material.  (A copy of the November 30, 2006 invoice is attached as Exhibit C).

24.    Thus, in accordance with the Agreement, Stone Interiors provided Custom Interiors with $155,033.23 worth of marble and granite in October and November 2006 and payment for the marble and granite was due no later than March 1, 2007.

4

25.     Custom Interiors, however, only paid $30,000.00 for the material Stone Interiors supplied Custom Interiors and, as such, has failed to pay the remaining $125,033.23 it owes Stone Interiors.

26.     Additionally, pursuant to the Agreement, interest at the rate of 12 percent per annum is to be applied to all sums that are overdue on each invoice.

27.     The total amount of interest due under the Agreement, as of July 1, 2007, is $15,004.23.

28.     Moreover, on May 2, 2007, Custom Interiors offered, and Stone Interiors accepted, to comply with the duties and obligations Custom Interiors owed Stone Interiors under the Agreement by making full and complete payment of the amount it owed Stone Interiors by June 8, 2007.

29.     Once again, Custom Interiors failed to live up to its duties and obligations.

30.     Specifically, Custom Interiors failed to make full and complete payment of the amount owed Stone Interiors and, as of this date, Custom Interiors still owes Stone Interiors $140,037.23.

31.     Stone Interiors has fully performed all the duties and obligations it owed Custom Interiors under the Agreement.

32.     Custom Interiors, however, has breached, and continues to breach, its Agreement with Stone Interiors by failing to pay Stone Interiors for all of the material Stone Interiors provided Custom Interiors in October and November 2006.

33.     Accordingly, Stone Interiors is entitled to recover damages equal to the full amount due under the invoices, plus interest at the applicable interest rate, from Custom Interiors.

34.    Stone Interiors is also allowed to recover its costs, including its attorneys fees, in having to institute legal proceedings against Custom Interiors.

WHEREFORE, Stone Interiors, Inc. d/b/a PRP USA, respectfully requests that this Honorable Court enter judgment in its favor and against Defendant, Custom Interiors, LLC, as follows:

(a)    order Custom Interiors to pay Stone Interiors $125,033.23 in principal pursuant to the outstanding invoices;

(b)    order Custom Interiors to pay, at a minimum $15,004.00 for interest due as a result of the outstanding invoices, plus continuing interest at the rate of 12 percent per annum from March 2007 through the date that all amounts overdue on the invoices are paid in full;

(c)    order Custom Interiors to pay all of Stone Interior's costs and expenses, including its attorneys fees, for having to bring these legal proceedings;

(d)    award Stone Interiors, for the period subsequent to March 1, 2007, interest at the rate of 5 percent per annum on all amounts unpaid under the invoices, pursuant to 815 ILCS 205/2;

(e)    award Stone Interiors all further relief that is just and proper.

## COUNT II
### (Breach of Contract – Custom Interiors and Zampieri)

35.    Stone Interior repeats and incorporates the allegations contained in paragraphs 1 through 32.

36.    Stone Interiors filed its original Complaint against Custom Interiors on July 30, 2007.  (A copy of Stone Interiors Complaint is attached as Exhibit D).

37.    Custom Interiors was served with Stone Interiors' Complaint on August 8, 2007. (A copy of service on Customer Interiors is attached as Exhibit E).

38.    Custom Interiors and Zampieri contacted Stone Interiors, after being served with the Complaint, about reaching an agreement with respect to the allegations contained in Stone Interiors' Complaint.

6

39.     Stone Interiors, Custom Interiors and Zampieri had several subsequent communications about resolving the allegations contained in Stone Interiors' Complaint.

40.     On September 24, 2007, Stone Interiors, Custom Interiors and Zampieri reached a settlement with respect to the allegations contained in Stone Interiors' Complaint.  As part of the settlement and in exchange for Stone Interiors reducing the amount Custom Interiors owed Stone Interiors, Zampieri agreed to be jointly and severally liable for the settlement amount.  (A copy of the signed Settlement Agreement and Release is attached as Exhibit F).

41.     Specifically, according to the Settlement Agreement,  "Custom Interiors and Zampieri, jointly and severally," agreed to pay the settlement amount ($118,179.99) to Stone Interiors.

42.     Zampieri's guarantee to be jointly and severally liable for the settlement amount was a material part of the Settlement Agreement and Stone Interiors would not have entered into the Settlement Agreement if Zampieri had not agreed to be jointly and severally liable for the settlement amount.

43.     On October 11, 2007, Custom Interiors and Zampieri signed the Settlement Agreement.

44.     Based upon Custom Interiors and Zampieri signing the Settlement Agreement, Stone Interiors voluntarily dismissed its Complaint against Custom Interiors on October 12, 2007.

45.     Under the terms of the Settlement Agreement, Zampieri and/or Custom Interiors agreed to pay Stone Interiors $118,179.99 in nine monthly payments of $13,131.11.  The payments were to begin no later than October 5, 2007 and continue through August 2008.

46.    Zampieri and Custom Interiors, however, did not make their payment on or before October 5, 2007 and, as of this date, have made no efforts to comply with the terms of the Settlement Agreement.

47.    Accordingly, Zampieri and Custom Interiors have breached the Settlement Agreement.

48.    Stone Interiors has performed all of the duties and obligations it owes under the Settlement Agreement.

49.    Paragraph 12 of the Settlement Agreement states "[I]n the event that any Party to the Agreement breaches the terms of this Agreement, the prevailing party in any legal proceeding arising out of this Agreement shall be entitled to reasonable attorneys fees ... [and] the full amount claimed in the [original lawsuit]"

50.    Accordingly, Stone Interiors is entitled to recover from Zampieri and Custom Interiors the amount originally owed ($140,037.23), as well as all interest and attorneys fees incurred as a result of Zampieri and Custom Interiors breaching the Settlement Agreement.

WHEREFORE, Stone Interiors, Inc. d/b/a PRP USA, respectfully requests that this Honorable Court enter judgment in its favor and against Defendants, Custom Interiors, LLC, and Michael Zampieri IV, jointly and severally, as follows:

(a)    order Custom Interiors and Zampieri to pay Stone Interiors $125,033.23 in principal pursuant to the outstanding invoices;

(b)    order Custom Interiors and Zampieri to pay, at a minimum $15,004.00 for interest due as a result of the outstanding invoices, plus continuing interest at the rate of 12 percent per annum from March 2006 through the date that all amounts overdue on the invoices are paid in full;

(c)    order Custom Interiors and Zampieri to pay all of Stone Interior's costs and expenses, including its attorneys fees, for having to bring these legal proceedings;

(d)    award Stone Interiors, for the period subsequent to March 1, 2007, interest at the rate of 5 percent per annum on all amounts unpaid under the invoices, pursuant to 815 ILCS 205/2;

8

(e)     award Stone Interiors all further relief that is just and proper.

## COUNT III
### (Unjust Enrichment – Hard Rock)

51.     Upon information and belief, Hard Rock is owned and operated by the same individuals as Custom Interiors, and in fact, shares the same office location.

52.     On October 10, October 16 and on November 30 of 2007, individuals operating both Custom Interiors and Hard Rock caused Stone Interiors to deliver certain shipments of marble and granite slabs.

53.     The marble and granite slabs were delivered to Hard Rock with the promise and expectation that Stone Interiors would be compensated by Defendants for the fair value of the goods delivered to Defendants by Stone Interiors.

54.     Hard Rock has retained the benefits of the goods without compensation to Stone Interiors and to Stone Interiors' detriment.

55.     To allow Hard Rock to retain the benefit of Stone Interiors' goods violates the fundamental principles of justice, equity and good conscience.

WHEREFORE, Stone Interiors, Inc. d/b/a PRP USA, respectfully requests that this Honorable Court enter judgment in its favor and against Defendant Hard Rock Enterprises, LLC, as follows:

(a)     order Hard Rock to pay $125,033.23, the value of the goods unjustly retained by Hard Rock;

(b)     award Stone Interiors all further relief that is just and proper.

Respectfully submitted,

STONE INTERIORS, INC., d/b/a PRP USA.


By_____ s/J. Scott Humphrey_____
One of Its Attorneys

J. Scott Humphrey, Esq.
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, IL  60603-5577

Case 1:08-cv-01158   Document 11   Filed 05/16/2008   Page 11 of 45
Case 1:08-cv-01158   Document 1   Filed 02/26/2008   Page 10 of 63

Case 1:07-cv-04274   Document 6-2   Filed 07/31/2007   Page 1 of 20

## COMMERCIAL INVOICE

| EXPORTER:<br>VINTAGE GRANITES PVT. LTD.<br>FLAT NO. 203, GAYATRI MITHRA RESIDENCY,<br>ROAD NO. 2, SHIVA GANGA COLONY,<br>L.B. NAGAR, HYDERABAD - 500 070, INDIA | Invoice No. & Date :<br>36/06-07 dt. 10-Oct-2006 | Exporter's Ref : |
| | Buyer's Order No. :<br>ALB-275/06, 30-Sep-2006 | L.C. No. & Date : |

| CONSIGNEE :<br><br>" TO ORDER " | Other Reference(s) :<br>IE CODE: 903001535, TIN NO: 28520129284 |
| | Buyers (if other than Consignee)<br>M/s. CUSTOM INTERIORS,<br>SEMMESS, AL 36575, USA.<br><br>FAX: 251-645-6736.   doct sent 11/8/05 |

| Pre-Carriage by<br>BY RAIL | Place of Receipt by Pre-Carrier<br>ICD - HYDERABAD | Country of Origin of Goods<br>INDIA | Country of Final Destination<br>U.S.A. |
| Vessel / Flight No. | Port of Loading<br>CHENNAI / MUMBAI | Terms of Delivery and Payment<br><br>C & I | DLI # 1869 385 6554 |
| Port of Discharge<br>MOBILE, AL | Final Destination<br>SEMMESS, AL 36575 | | |

| Marks & Nos. | No. of Kinds<br>of Pkgs. | Description of Goods | Quantity<br>in SFT. | Rate per<br>SFT. (in $) | Amount<br>(in $) |
|---|---|---|---|---|---|
| CONTAINER NO:<br>TRLU 2113739 (GP) | | POLISHED GRANITE SLABS | | | |
| | 4 CRATES | TAN BROWN - 3CM | 1445.39 | 5.05 | 7299.22 |
| | 2 CRATES | TAN BROWN - 2CM | 1219.33 | 4.05 | 4938.29 |
| | | INSURANCE | | | 97.90 |
| TOTAL SIX (06) CRATES<br>TOTAL 45 SLABS | | TOTAL SFT. | 2664.72 | | |

| Amount Chargeable<br>(in words) | Total (in $) | 12335.41 |

US $ TWELVE THOUSAND THREE HUNDRED AND THIRTY FIVE AND CENTS FORTY ONE ONLY

Declaration :
We declare that this invoice shows the actual price of the goods
described and that all particulars are true and correct

E&O.E

For VINTAGE GRANITES PVT. LTD.

brahmanyya

Authorised Signatory

EXHIBIT

A

Case 1:08-cv-01158    Document 11    Filed 05/16/2008    Page 12 of 45
Case 1:08-cv-01158    Document 1    Filed 02/26/2008    Page 11 of 63

Case 1:07-cv-04274    Document 6-2    Filed 07/31/2007    Page 2 of 20

# COMMERCIAL INVOICE

| | | |
|---|---|---|
| **P.R.P. USA**<br>1207, Candlewood CT,<br>Aurora, IL 60506, USA.<br>Ph:630-215-7074<br>Fax:630-820-0360<br>C/o<br>Thirukathan Village Melur Tphul,<br>Madurai District, Tamilnadu INDIA | **Invoice No. & Date :**<br>1510/16.10.2006<br>**Buyer's Order No.**<br>P.O. No: 276/ALB/06 | **Exporter's Ref :**<br><br>**L.C. No. & Date**<br>DT:30.09.2006 |
| | **Other References(s) :** | |
| **CONSIGNEE**<br><br>"TO ORDER" | **Buyer's (if other than Consignee)**<br><br>INTERIORS,<br>SEMMES, AL 36575,<br>USA. | |
| | **Country of Origin of Goods**<br>INDIA | **Country of Final Destination**<br>USA |

| | | |
|---|---|---|
| **Pre-Carriage by**<br>ROAD | **Place of Receipt by Pre Carrier**<br>TUTICORIN | **Terms of Delivery and Payment** |
| **Vessel / Flight No.**<br>FEEDER 3 V.F3 - 381 | **Port of Loading**<br>TUTICORIN | |
| **Port of Discharge**<br>MOBILE, AL | **Final Destination**<br>SEMMES, AL 36575 | F.O.B. AT TUTICORIN PORT<br>AT 90 DAYS FROM THE B/L DATE |

| Marks & Nos.<br>Container No. | No. of Kinds<br>of Pkgs. | Description of Goods | Quantity | Rate per | Amount |
|---|---|---|---|---|---|
| | | 06 PALLETS - 46 SLABS | | | |
| | | GRANITE POLISHED SLABS | | | |
| **CONTAINER NO.** | | | **SQ. FT.** | **Rate/Sq. Ft. USD** | **TOTAL USD** |
| TEXU 362331 - 7 | | | | | |
| **SEAL NO:** | | 3 CM THICKNESS - 12 SLABS  COLONIAL DREAM | 811.58 | 7.69 | 6241.05 |
| 8252 | | 2 CM THICKNESS - 10 SLABS  COLONIAL DREAM | 641.46 | 6.20 | 3977.05 |
| | | 3 CM THICKNESS - 14 SLABS  SIVAKASHI | 975.77 | 7.69 | 7503.67 |
| | | 2 CM THICKNESS - 10 SLABS  SIVAKASHI | 630.33 | 6.20 | 3908.05 |
| | | | 3059.14 | | |
| | | FREE SAMPLES (20 NOS) OF 6" X 6" SIZES PACKED | | | |
| | | IN A SMALL WOODEN BOX | | | |
| Amount Chargeable<br>in words | | | | Total | 21629.82 |

US DOLLAR TWENTY ONE THOUSAND SIX HUNDRED TWENTY NINE AND CENTS EIGHTY TWO ONLY

**Declaration**

We declare that this invoice shows the actual price of the goods
described and that all particulars are true and correct.

E.& O.E

For P.R.P. USA

Authorised Signatory.

EXHIBIT
B

Case 1:08-cv-01158    Document 11    Filed 05/16/2008    Page 13 of 45
Case 1:08-cv-01158    Document 1    Filed 02/26/2008    Page 12 of 63

Case 1:07-cv-04274    Document 6-2    Filed 07/31/2007    Page 3 of 20

## P.R.P. USA

1207 CANDLEWOOD CT, AURORA, IL 60508, USA.
PH. 630-215-7674, FAX: 630-692-6989

### PACKING SLIP

CONSIGNEE:

"TO ORDER"

INVOICE No:          1510 / 16.10.2006
PORT OF LOADING :    TUTICORIN
FINAL DESTINATION :  SEMMES, AL 36575
CONTAINER NO:        TEXU - 362331 - 7

P.O.# 276/ ALB / 06/ 30.09.2006         PAYMENT TERMS :      F.O.B AT 90 DAYS FROM THE B/L DATE
MATERIAL NAME:COLONIAL DREAM, SIVAKASHI                      AT TUTICORIN PORT

| Sl. No. | Code | Slab Dimension | | | 2 / 3 CM | Net Sq.Ft. | REMARKS |
|---|---|---|---|---|---|---|---|
| PALLET - 1 | | | | | | | |
| 1 | CD/188/31 | 135 | x | 74 | 3 CM | 69.38 | |
| 2 | CD/188/32 | 135 | x | 71 | | 66.56 | |
| 3 | CD/188/33 | 135 | x | 71 | " | 66.56 | |
| 4 | CD/188/34 | 135 | x | 72 | " | 67.50 | |
| 5 | CD/188/35 | 135 | x | 74 | " | 69.38 | |
| 6 | CD/188/27 | 135 | x | 74 | | 69.38 | |
| | Total 06 Slabs | | | | | 408.75 | |
| PALLET - 2 | | | | | | | |
| 7 | CD/188/28 | 135 | x | 72 | 3 CM | 67.50 | |
| 8 | CD/188/22 | 135 | x | 72 | | 67.50 | |
| 9 | CD/188/23 | 135 | x | 71 | " | 66.56 | |
| 10 | CD/188/24 | 132 | x | 74 | " | 67.83 | |
| 11 | CD/188/25 | 130 | x | 72 | " | 65.00 | |
| 12 | CD/188/26 | 135 | x | 73 | | 68.44 | |
| | Total 06 Slabs | | | | | 402.83 | |
| PALLET - 3 | | | | | | | |
| 13 | CD/188/50 | 135 | x | 70 | 2 CM | 65.63 | |
| 14 | CD/188/51 | 119 | x | 73 | " | 60.33 | |
| 15 | CD/188/19 | 119 | x | 73 | " | 60.33 | |
| 16 | CD/188/20 | 119 | x | 73 | | 60.33 | |
| 17 | CD/188/24 | 135 | x | 73 | " | 68.44 | |
| 18 | CD/188/27 | 135 | x | 73 | " | 68.44 | |
| 19 | CD/188/62 | 118 | x | 74 | | 60.64 | |
| 20 | CD/188/07 | 135 | x | 69 | | 64.69 | |
| 21 | CD/188/06 | 134 | x | 68 | | 63.28 | |
| 22 | CD/188/04 | 135 | x | 74 | " | 69.38 | |
| | Total 10 Slabs | | | | | 641.46 | |

1453.04 Sq.Ft.

:: 2 ::

PALLET - 4

| Sl. No. | Code | Slab Dimension | | | 2 / 3 CM | Net Sq.Ft. | REMARKS |
|---------|------|------|---|-----|----------|-----------|---------|
| | | B/F | | | | 1453.04 | |
| 23 | SY/6-627/43 | 131 | x | 77 | 3 CM | 70.05 | |
| 24 | SY/6-627/08 | 127 | x | 76 | " | 67.03 | |
| 25 | SY/6-627/21 | 123 | x | 79 | " | 67.48 | |
| 26 | SY/6-627/20 | 132 | x | 76 | " | 69.67 | |
| 27 | SY/6-627/19 | 132 | x | 78 | " | 71.50 | |
| 28 | SY/6-627/18 | 132 | x | 78 | " | 71.50 | |
| 29 | SY/6-627/17 | 132 | x | 79 | " | 72.42 | |
| | Total 07 Slabs | | | | | 489.64 | |

PALLET - 5

| Sl. No. | Code | Slab Dimension | | | 2 / 3 CM | Net Sq.Ft. | REMARKS |
|---------|------|------|---|-----|----------|-----------|---------|
| 30 | SY/6-627/16 | 125 | x | 79 | 3 CM | 68.58 | |
| 31 | SY/6-627/44 | 132 | x | 77 | " | 70.58 | |
| 32 | SY/6-627/45 | 131 | x | 76 | " | 69.14 | |
| 33 | SY/6-627/46 | 132 | x | 78 | " | 71.50 | |
| 34 | SY/6-627/47 | 132 | x | 76 | " | 69.67 | |
| 35 | SY/6-627/48 | 132 | x | 77 | " | 70.58 | |
| 36 | SY/6-627/01 | 122 | x | 78 | " | 66.08 | |
| | Total 07 Slabs | | | | | 486.13 | |

PALLET - 6

| Sl. No. | Code | Slab Dimension | | | 2 / 3 CM | Net Sq.Ft. | REMARKS |
|---------|------|------|---|-----|----------|-----------|---------|
| 37 | SY/5303/33 | 129 | x | 74 | 2 CM | 66.29 | |
| 38 | SY/5303/70 | 126 | x | 64 | " | 56.00 | |
| 39 | SY/5303/54 | 129 | x | 73 | " | 65.40 | |
| 40 | SY/5303/55 | 128 | x | 74 | " | 65.78 | |
| 41 | SY/5303/52 | 128 | x | 74 | " | 65.78 | |
| 42 | SY/5303/53 | 128 | x | 74 | " | 65.78 | |
| 43 | SY/5303/50 | 124 | x | 74 | " | 63.72 | |
| 44 | SY/5303/51 | 127 | x | 74 | " | 65.26 | |
| 45 | SY/5303/17 | 125 | x | 63 | " | 54.69 | |
| 46 | SY/5303/01 | 125 | x | 71 | " | 61.63 | |
| | Total 10 Slabs | | | | | 630.33 | |

Total   3059.14 Sq.Ft.

| | | |
|------|----------|--------------|
| 3 CM | 12 Slabs | 811.58 Sq.Ft. |
| 2 CM | 10 Slabs | 641.46 Sq.Ft. |
| 3 CM | 14 Slabs | 975.77 Sq.Ft. |
| 2 CM | 10 Slabs | 630.33 Sq.Ft. |
| Total | 46 SLABS | 3059.14 Sq.Ft. |

For P.R.P. USA

Authorised Signatory

Case 1:08-cv-01158    Document 11    Filed 05/16/2008    Page 15 of 45
Case 1:08-cv-01158    Document 1    Filed 02/26/2008    Page 14 of 63

Case 1:07-cv-04274    Document 6-2    Filed 07/31/2007    Page 5 of 20

## COMMERCIAL INVOICE

**P.R.P. USA**
1207, Candlewood CT,
Aurora, IL 60508, USA.
Ph:630-213-7674
Fax:630-692-6989
C/o
Thekkathara Village, Melur Taluk,
Madurai District, Tamilnadu-INDIA

| Invoice No. & Date : | Exporter's Ref |
|---|---|
| 1511/16.10.2006 | |
| Buyer's Order No. : | L.C. No. & Date |
| P.O. No: 277/ALB/06 | DT:30.09.2006 |
| Other Reference(s) | |

Buyer's (if other than Consignee)

**GRANITE EXPORTS**

CONSIGNEE .

"TO ORDER"

INTERIORS,
SEMMES, AL 36575,
USA.

| Country of Origin of Goods | Country of Final Destination |
|---|---|
| INDIA | USA |

| Pre-Carriage by | Place of Receipt by Pre-Carrier |
|---|---|
| ROAD | TUTICORIN |
| Vessel / Flight No. | Port of Loading |
| FEEDER 3 V.F3 - 381 | TUTICORIN |
| Port of Discharge | Final Destination |
| MOBILE, AL | SEMMES, AL 36575 |

Terms of Delivery and Payment

F.O.B. AT TUTICORIN PORT
AT 90 DAYS FROM THE B/L DATE

| Marks & Nos. Container No | No. of Kinds of Pkgs. | Description of Goods | Quantity | Rate per | Amount |
|---|---|---|---|---|---|
| | 06 PALLETS - 48 SLABS | | | | |
| | GRANITE POLISHED SLABS | | | | |
| CONTAINER NO. | | | SQ. FT. | Rate/Sq. Ft. USD | TOTAL USD |
| MLCU 360037 - 9 | | | | | |
| SEAL NO: | 2 CM THICKNESS - 27 SLABS IVORY BROWN | | 1546.92 | 6.20 | 9590.90 |
| 8253 | 3 CM THICKNESS - 21 SLABS IVORY BROWN | | 1296.19 | 7.69 | 9967.70 |
| | | | 2843.11 | | |
| | FREE SAMPLES (20 NOS) OF 6" X 6" SIZES PACKED | | | | |
| | IN A SMALL WOODEN BOX | | | | |

| Amount Chargable (in words) | Total | 19558.61 |
|---|---|---|

US DOLLAR NINETEEN THOUSAND FIVE HUNDRED FIFTY EIGHT AND CENTS SIXTY ONE ONLY

Declaration :
We declare that this invoice shows the actual price of the goods
described and that all particulars are true and correct

For P.R.P. USA

E.&O.E

Authorised Signatory

## P.R.P. USA

1207 CANDLEWOOD CT, AURORA, IL 60508, USA.
PH. 630-215-7674, FAX: 630-692-6989

### PACKING SLIP

**CONSIGNEE:**

" TO ORDER "

| | |
|---|---|
| INVOICE No: | 1511 / 16.10.2006 |
| PORT OF LOADING : | TUTICORIN |
| FINAL DESTINATION : | SEMMES, AL 36575 |
| CONTAINER NO: | MLCU - 360037 - 9 |
| PAYMENT TERMS | F.O.B AT TUTICORIN PORT |
| | AT 90 DAYS FROM THE B/L DATE |

P.O.# 277/ ALB / 06/ 30.09.2006
MATERIAL NAME: IVORY BROWN

| Sl. No. | Code | Slab Dimension | | 2 / 3 CM | Net Sq.Ft. | REMARKS |
|---|---|---|---|---|---|---|
| PALLET - 1 | | | | | | |
| 1 | IB/7-531/44 | 128 x | 69 | 2 CM | 61.33 | |
| 2 | IB/7-531/43 | 121 x | 69 | " | 57.98 | |
| 3 | IB/7-531/42 | 128 x | 68 | " | 60.44 | |
| 4 | IB/7-531/41 | 128 x | 67 | " | 59.56 | |
| 5 | IB/7-531/40 | 128 x | 69 | " | 61.33 | |
| 6 | IB/7-531/45 | 127 x | 69 | " | 60.85 | |
| 7 | IB/7-531/46 | 127 x | 69 | " | 60.85 | |
| 8 | IB/7-531/47 | 127 x | 69 | " | 60.85 | |
| 9 | IB/7-531/48 | 128 x | 70 | " | 62.22 | |
| | Total 09 Slabs | | | | 545.43 | |
| PALLET - 2 | | | | | | |
| 10 | IB/7-531/49 | 128 x | 70 | 2 CM | 62.22 | |
| 11 | IB/7-531/53 | 125 x | 67 | " | 58.16 | |
| 12 | IB/7-531/52 | 125 x | 69 | " | 59.90 | |
| 13 | IB/7-531/51 | 128 x | 70 | " | 62.22 | |
| 14 | IB/7-531/50 | 125 x | 70 | " | 60.76 | |
| 15 | IB/7-531/54 | 122 x | 64 | " | 54.22 | |
| 16 | IB/7-531/55 | 117 x | 70 | " | 56.88 | |
| 17 | IB/7-531/56 | 117 x | 63 | " | 51.19 | |
| 18 | IB/7-531/57 | 116 x | 63 | " | 50.75 | |
| | Total 09 Slabs | | | | 516.30 | |
| PALLET - 3 | | | | | | |
| 19 | IB/7-531/58 | 115 x | 62 | 2 CM | 49.51 | |
| 20 | IB/7-531/59 | 114 x | 71 | " | 56.21 | |
| 21 | IB/7-531/60 | 112 x | 69 | " | 53.67 | |
| 22 | IB/7-531/61 | 116 x | 67 | " | 53.97 | |
| 23 | IB/7-531/62 | 114 x | 71 | " | 56.21 | |
| 24 | IB/7-531/63 | 112 x | 71 | " | 55.22 | |
| 25 | IB/7-531/64 | 117 x | 72 | " | 58.50 | |
| 26 | IB/7-531/65 | 110 x | 60 | " | 45.83 | |
| 27 | IB/7-531/66 | 117 x | 69 | " | 56.06 | |
| | Total 09 Slabs | | | | 485.19 | |

1546.92 Sq.Ft.

:: 2 ::

| Sl. No. | Code | Slab Dimension | | | 2 / 3 CM | Net Sq.Ft. | REMARKS |
|---|---|---|---|---|---|---|---|
| | | PALLET - 4 | | | | | |
| | | | B/F | | | 1546.92 | |
| 28 | IB/7-531/29 | 128 | x | 71 | 3 CM | 63.11 | |
| 29 | IB/7-531/30 | 128 | x | 70 | " | 62.22 | |
| 30 | IB/7-531/31 | 128 | x | 71 | " | 63.11 | |
| 31 | IB/7-531/32 | 128 | x | 71 | " | 63.11 | |
| 32 | IB/7-531/33 | 128 | x | 71 | " | 63.11 | |
| 33 | IB/7-531/34 | 128 | x | 71 | " | 63.11 | |
| 34 | IB/7-531/35 | 128 | x | 71 | " | 63.11 | |
| | Total 07 Slabs | | | | | 440.89 | |
| | | PALLET - 5 | | | | | |
| 35 | IB/7-531/38 | 128 | x | 70 | 3 CM | 62.22 | |
| 36 | IB/7-531/37 | 128 | x | 70 | " | 62.22 | |
| 37 | IB/7-531/36 | 128 | x | 70 | " | 62.22 | |
| 38 | IB/7-531/14 | 128 | x | 71 | " | 63.11 | |
| 39 | IB/7-531/13 | 128 | x | 70 | " | 62.22 | |
| 40 | IB/7-531/12 | 128 | x | 70 | " | 62.22 | |
| 41 | IB/7-531/11 | 127 | x | 70 | " | 61.74 | |
| | Total 07 Slabs | | | | | 435.96 | |
| | | PALLET - 6 | | | | | |
| 42 | IB/7-531/10 | 127 | x | 69 | 3 CM | 60.85 | |
| 43 | IB/7-531/09 | 127 | x | 69 | " | 60.85 | |
| 44 | IB/7-531/08 | 125 | x | 68 | " | 59.03 | |
| 45 | IB/7-531/39 | 128 | x | 70 | " | 62.22 | |
| 46 | IB/7-531/07 | 127 | x | 67 | " | 59.09 | |
| 47 | IB/7-531/06 | 127 | x | 67 | " | 59.09 | |
| 48 | IB/7-531/05 | 127 | x | 66 | " | 58.21 | |
| | Total 10 Slabs | | | | | 419.35 | |

Total    2843.11 Sq.Ft.

| | | | |
|---|---|---|---|
| 2 CM | 27 Slabs | 1546.92 Sq.Ft. | |
| 3 CM | 21 Slabs | 1296.19 Sq.Ft. | |
| Total | 48 SLABS | 2843.11 Sq.Ft. | |

For B.R.P. USA

Authorised Signatory

# COMMERCIAL INVOICE

**P.R.P. USA**
1207, Candlewood CT,
Aurora, IL 60508, USA
Ph.630-215-7674
Fax:630-692-6989
C/o,
Therkulheru Village, Melur Taluk,
Madurai District, Tamilnadu-INDIA

| | |
|---|---|
| Invoice No. & Date : | Exporter's Ref : |
| 1512/16.10.2006 | |
| Buyer's Order No. : | L.C. No. & Date |
| P.O. No: 278/S-ALB/06 | DT:30.09.2006 |
| Other Reference(s) : | |

GRANITE EXPORTS

**CONSIGNEE**

"TO ORDER"

Buyer's (If other than Consignee)

INTERIORS,
SEMMES,
AL 36575, USA.

| Country of Origin of Goods | Country of Final Destination |
|---|---|
| INDIA | USA |

| | | |
|---|---|---|
| Pre-Carriage by | Place of Receipt by Pre-Carrier | Terms of Delivery and Payment |
| ROAD | TUTICORIN | |
| Vessel / Flight No. | Port of Loading | |
| FEEDER 3 V.F3 - 382 | TUTICORIN | F.O.B. AT TUTICORIN PORT |
| Port of Discharge | Final Destination | AT 90 DAYS FROM THE B/L DATE |
| MOBILE, AL | SEMMES, AL 36575 | |

| Marks & Nos. Container No. | No. of Kinds of Pkgs. | Description of Goods | Quantity | Rate per | Amount |
|---|---|---|---|---|---|
| | | 06 PALLETS - 48 SLABS | | | |
| | | GRANITE POLISHED SLABS | | | |
| **CONTAINER NO.** | | | SQ. FT. | Rate/Sq. Ft. USD | TOTAL USD |
| CAXU 295168 - 2 | | | | | |
| **SEAL NO:** | 2 CM THICKNESS - 10 SLABS  GOLDEN JUPARANA | | 572.12 | 6.20 | 3547.14 |
| 8254 | 3 CM THICKNESS - 14 SLABS  GOLDEN JUPARANA | | 849.50 | 7.69 | 6532.66 |
| | 3 CM THICKNESS - 14 SLABS  IVORY GOLD | | 894.48 | 7.69 | 6878.55 |
| | 2 CM THICKNESS - 10 SLABS  IVORY GOLD | | 661.40 | 6.20 | 4100.68 |
| | | | 2977.50 | | |
| | FREE SAMPLES (20 NOS) OF 6" X 6" SIZES PACKED | | | | |
| | IN A SMALL WOODEN BOX | | | | |

| Amount Chargable (in words) | Total | 21059.03 |
|---|---|---|

US DOLLAR TWENTY ONE THOUSAND FIFTY NINE AND CENTS THREE ONLY

Declaration
We declare that this invoice shows the actual price of the goods
described and that all particulars are true and correct

E&O.E

For P.R.P. USA

Authorised Signatory

## P.R.P. USA

1207 CANDLEWOOD CT, AURORA, IL 60508, USA.
PH. 630-215-7674, FAX: 630-692-6989

## PACKING SLIP

CONSIGNEE:

" TO ORDER "

| | |
|---|---|
| INVOICE No: | 1512 / 16.10.2006 |
| PORT OF LOADING : | TUTICORIN |
| FINAL DESTINATION : | SEMMES, AL 36575 |
| CONTAINER NO: | CAXU - 295168 - 2 |
| PAYMENT TERMS : | F.O.B AT TUTICORIN PORT |

P.O.# 278/ ALB / 06/ 30.09.2006

AT 90 DAYS FROM THE B/L DATE

MATERIAL NAME: GOLDEN JUPARANA, IMPERIAL GOLD

| Sl. No. | Code | Slab Dimension | | | 2 / 3 CM | Net Sq.Ft. | REMARKS |
|---|---|---|---|---|---|---|---|
| | | **PALLET - 1** | | | | | |
| 1 | GJ/1204/02 | 111 | x | 73 | 2 CM | 56.27 | |
| 2 | GJ/1204/09 | 112 | x | 72 | " | 56.00 | |
| 3 | GJ/1204/01 | 112 | x | 72 | " | 56.00 | |
| 4 | GJ/1204/03 | 111 | x | 68 | " | 52.42 | |
| 5 | GJ/1204/04 | 112 | x | 73 | " | 56.78 | |
| 6 | GJ/1204/06 | 113 | x | 73 | " | 57.28 | |
| 7 | GJ/1204/05 | 112 | x | 73 | " | 56.78 | |
| 8 | GJ/1204/26 | 124 | x | 70 | " | 60.28 | |
| 9 | GJ/1204/24 | 116 | x | 75 | " | 60.42 | |
| 10 | GJ/1204/25 | 115 | x | 75 | " | 59.90 | |
| | Total 10 Slabs | | | | | 572.12 | |
| | | **PALLET - 2** | | | | | |
| 11 | GJ/5053/19 | 127 | x | 70 | 3 CM | 61.74 | |
| 12 | GJ/5053/20 | 126 | x | 71 | " | 62.13 | |
| 13 | GJ/5053/21 | 125 | x | 70 | " | 60.76 | |
| 14 | GJ/5053/22 | 125 | x | 70 | " | 60.76 | |
| 15 | GJ/5053/23 | 122 | x | 70 | " | 59.31 | |
| 16 | GJ/5053/38 | 125 | x | 71 | " | 61.63 | |
| 17 | GJ/5053/08 | 126 | x | 70 | " | 61.25 | |
| | Total 07 Slabs | | | | | 427.58 | |
| | | **PALLET - 3** | | | | | |
| 18 | GJ/5053/07 | 126 | x | 71 | 3 CM | 62.13 | |
| 19 | GJ/5053/06 | 124 | x | 65 | " | 55.97 | |
| 20 | GJ/5053/05 | 124 | x | 69 | " | 59.42 | |
| 21 | GJ/5053/04 | 126 | x | 71 | " | 62.13 | |
| 22 | GJ/5053/03 | 126 | x | 70 | " | 61.25 | |
| 23 | GJ/5053/02 | 124 | x | 70 | " | 60.28 | |
| 24 | GJ/5053/27 | 125 | x | 70 | " | 60.76 | |
| | Total 07 Slabs | | | | | 421.93 | |

1421.63 Sq.Ft.

Case 1:08-cv-01158    Document 11    Filed 05/16/2008    Page 20 of 45
Case 1:08-cv-01158    Document 1    Filed 02/26/2008    Page 19 of 63

Case 1:07-cv-04274    Document 6-2    Filed 07/31/2007    Page 10 of 20

:: 2 ::

PALLET - 4

| Sl. No. | Code | Slab Dimension | | | 2 / 3 CM | Net Sq.Ft. | REMARKS |
|---|---|---|---|---|---|---|---|
| | | | B/F | | | 1421.63 | |
| 25 | IG /3724/43 | 118 | x | 76 | 3 CM | 62.28 | |
| 26 | IG /3724/44 | 120 | x | 77 | " | 64.17 | |
| 27 | IG /3724/45 | 120 | x | 78 | " | 65.00 | |
| 28 | IG /3724/46 | 120 | x | 76 | " | 63.33 | |
| 29 | IG /3724/47 | 120 | x | 77 | " | 64.17 | |
| 30 | IG /3724/48 | 119 | x | 78 | " | 64.46 | |
| 31 | IG /3724/42 | 117 | x | 77 | " | 62.56 | |
| | Total 07 Slabs | | | | | 445.97 | |
| | | | PALLET - 5 | | | | |
| 32 | IG /3724/41 | 117 | x | 79 | 3 CM | 64.19 | |
| 33 | IG /3724/40 | 116 | x | 78 | " | 62.83 | |
| 34 | IG /3724/39 | 118 | x | 77 | " | 63.10 | |
| 35 | IG /3724/38 | 117 | x | 79 | " | 64.19 | |
| 36 | IG /3724/37 | 117 | x | 79 | " | 64.19 | |
| 37 | IG /3724/36 | 117 | x | 79 | " | 64.19 | |
| 38 | IG /3724/30 | 120 | x | 79 | " | 65.83 | |
| | Total 07 Slabs | | | | | 448.51 | |
| | | | PALLET - 6 | | | | |
| 39 | IG /3872/26 | 132 | x | 69 | 2 CM | 63.25 | |
| 40 | IG /3872/25 | 132 | x | 72 | " | 66.00 | |
| 41 | IG /3872/24 | 131 | x | 73 | " | 66.41 | |
| 42 | IG /3872/23 | 133 | x | 72 | " | 66.50 | |
| 43 | IG /3872/22 | 127 | x | 72 | " | 63.50 | |
| 44 | IG /3872/30 | 129 | x | 72 | " | 64.50 | |
| 45 | IG /3872/31 | 131 | x | 71 | " | 64.59 | |
| 46 | IG /3872/32 | 132 | x | 74 | " | 67.83 | |
| 47 | IG /3872/33 | 131 | x | 75 | " | 68.23 | |
| 48 | IG /3872/34 | 132 | x | 77 | " | 70.58 | |
| | Total 10 Slabs | | | | | 661.40 | |

Total    2977.50 Sq.Ft.

| | | | |
|---|---|---|---|
| 2 CM | 10 Slabs | 572.12 | Sq.Ft. |
| 3 CM | 14 Slabs | 849.50 | Sq.Ft. |
| 3 CM | 14 Slabs | 894.48 | Sq.Ft. |
| 2 CM | 10 Slabs | 661.40 | Sq.Ft. |
| Total | 48 SLABS | 2977.50 | Sq.Ft. |

For P.R.P. USA

Authorised Signatory

Case 1:08-cv-01158    Document 11    Filed 05/16/2008    Page 21 of 45
Case 1:08-cv-01158    Document 1    Filed 02/26/2008    Page 20 of 63

Case 1:07-cv-04274    Document 6-2    Filed 07/31/2007    Page 11 of 20

# COMMERCIAL INVOICE

| | |
|---|---|
| **P.R.P. USA**<br>1207, Candlewood CT,<br>Aurora, IL 60508, USA<br>Ph:630-215-7674<br>Fax:630-692-6989<br>C/o<br>Therkuthern Village, Melur Taluk,<br>Madurai District, Tamilnadu-INDIA | **Invoice No. & Date :** 1513/16.10.2006 — **Exporter's Ref**<br>**Buyer's Order No. :** P.O. No: 279/ALB/06 — **L.C. No. & Date** DT:30.09.2006<br>**Other Reference(s) .**<br>**Buyer's (If other than Consignee)** |

| CONSIGNEE :<br><br>"TO ORDER" | INTERIORS,<br>SEMMES,<br>AL 36575, USA. |
|---|---|

| | Country of Origin of Goods INDIA | Country of Final Destination USA |
|---|---|---|

| Pre-Carriage by ROAD | Place of Receipt by Pre-Carrier TUTICORIN | Terms of Delivery and Payment |
|---|---|---|
| Vessel / Flight No. FEEDER 3 V.F3 - 382 | Port of Loading TUTICORIN | F.O.B. AT TUTICORIN PORT |
| Port of Discharge MOBILE, AL | Final Destination SEMMES, AL 36575 | AT 90 DAYS FROM THE B/L DATE |

| Marks & Nos. Container No. | No. of Kinds of Pkgs. | Description of Goods | Quantity | Rate per | Amount |
|---|---|---|---|---|---|
| | | 06 PALLETS - 49 SLABS | | | |
| | | GRANITE POLISHED SLABS | | | |
| **CONTAINER NO.** | | | **SQ. FT.** | **Rate/Sq. Ft. USD** | **TOTAL USD** |
| MLCU 341069 - 8 | | | | | |
| **SEAL NO:** | | 2 CM THICKNESS - 11 SLABS  KASHMIR GOLD | 559.22 | 6.20 | 3467.16 |
| 8255 | | 3 CM THICKNESS - 14 SLABS  KASHMIR GOLD | 855.63 | 7.69 | 6579.79 |
| | | 3 CM THICKNESS - 14 SLABS  LADY DREAM | 776.41 | 7.69 | 5970.59 |
| | | 2 CM THICKNESS - 10 SLABS  LADY DREAM | 541.22 | 6.20 | 3355.56 |
| | | | 2732.48 | | |
| | | FREE SAMPLES (20 NOS) OF 6" X 6" SIZES PACKED<br>IN A SMALL WOODEN BOX | | | |

| Amount Chargable (in words) | Total | 19373.12 |
|---|---|---|

US DOLLAR NINETEEN THOUSAND THREE HUNDRED SEVENTY THREE AND CENTS TWELVE ONLY

Declaration :
We declare that this invoice shows the actual price of the goods
described and that all particulars are true and correct

E&O E

For P.R.P. USA

Authorised Signatory

## P.R.P. USA

1207 CANDLEWOOD CT, AURORA, IL 60508, USA.
PH. 630-215-7674, FAX: 630-692-6989

## PACKING SLIP

CONSIGNEE:

"TO ORDER"

INVOICE No:             1513 / 16.10.2006
PORT OF LOADING :       TUTICORIN
FINAL DESTINATION :     SEMMES, AL 36575
CONTAINER NO:           MLCU - 341069 - 8
PAYMENT TERMS :         F.O.B AT TUTICORIN PORT

P.O.#-279/ ALB / 06/ 30.09.2006
MATERIAL NAME: KASHMIR GOLD, LADY DREAM    AT 90 DAYS FROM THE B/L DATE

| Sl. No. | Code | Slab Dimension | | | 2 / 3 CM | Net Sq.Ft. | REMARKS |
|---------|------|------|---|------|----------|------------|---------|
| PALLET - 1 | | | | | | | |
| 1 | KG/6-93/49 | 119 | x | 69 | 2 CM | 57.02 | |
| 2 | KG/6-93/50 | 119 | x | 70 | " | 57.85 | |
| 3 | KG/6-93/51 | 117 | x | 69 | " | 56.06 | |
| 4 | KG/6-93/52 | 118 | x | 69 | " | 56.54 | |
| 5 | KG/6-93/53 | 122 | x | 61 | " | 51.68 | |
| 6 | KG/6-93/54 | 130 | x | 61 | " | 55.07 | |
| 7 | KG/6-93/55 | 108 | x | 60 | " | 45.00 | |
| 8 | KG/6-93/56 | 108 | x | 60 | " | 45.00 | |
| 9 | KG/6-93/57 | 108 | x | 60 | " | 45.00 | |
| 10 | KG/6-93/58 | 108 | x | 60 | " | 45.00 | |
| 11 | KG/6-93/59 | 108 | x | 60 | " | 45.00 | |
| | Total 11 Slabs | | | | | 559.22 | |
| PALLET - 2 | | | | | | | |
| 12 | KG/6-93/10 | 129 | x | 64 | 3 CM | 57.33 | |
| 13 | KG/6-93/12 | 133 | x | 64 | | 59.11 | |
| 14 | KG/6-93/19 | 135 | x | 68 | | 63.75 | |
| 15 | KG/6-93/13 | 134 | x | 69 | | 64.21 | |
| 16 | KG/6-93/14 | 134 | x | 69 | | 64.21 | |
| 17 | KG/6-93/15 | 135 | x | 69 | | 64.69 | |
| 18 | KG/6-93/16 | 136 | x | 69 | | 65.17 | |
| | Total 07 Slabs | | | | | 438.47 | |
| PALLET - 3 | | | | | | | |
| 18 | KG/6-93/17 | 136 | x | 69 | 3 CM | 65.17 | |
| 19 | KG/6-93/18 | 135 | x | 67 | " | 62.81 | |
| 20 | KG/6-93/11 | 134 | x | 63 | " | 58.63 | |
| 21 | KG/6-93/48 | 129 | x | 60 | " | 53.75 | |
| 22 | KG/6-93/47 | 118 | x | 69 | " | 56.54 | |
| 23 | KG/6-93/46 | 119 | x | 69 | " | 57.02 | |
| 24 | KG/6-93/45 | 132 | x | 69 | " | 63.25 | |
| | Total 07 Slabs | | | | | 417.17 | |

1414.85 Sq.Ft.

:: 2 ::

PALLET - 4

| Sl. No. | Code | Slab Dimension | | | 2 / 3 CM | Net Sq.Ft. | REMARKS |
|---|---|---|---|---|---|---|---|
| | | B/F | | | | 1414.85 | |
| 25 | LD/9-62/14 | 120 | x | 67 | 3 CM | 55.83 | |
| 26 | LD/9-62/28 | 120 | x | 67 | " | 55.83 | |
| 27 | LD/9-62/29 | 119 | x | 68 | " | 56.19 | |
| 28 | LD/9-62/30 | 120 | x | 67 | " | 55.83 | |
| 29 | LD/9-62/31 | 120 | x | 68 | " | 56.67 | |
| 30 | LD/9-62/32 | 120 | x | 66 | " | 55.00 | |
| 31 | LD/9-62/33 | 117 | x | 65 | " | 52.81 | |
| | Total 07 Slabs | | | | | 388.17 | |
| | | PALLET - 5 | | | | | |
| 32 | LD/9-62/21 | 118 | x | 67 | 3 CM | 54.90 | |
| 33 | LD/9-62/22 | 120 | x | 67 | " | 55.83 | |
| 34 | LD/9-62/23 | 120 | x | 66 | " | 55.00 | |
| 35 | LD/9-62/24 | 120 | x | 66 | " | 55.00 | |
| 36 | LD/9-62/25 | 120 | x | 66 | " | 55.00 | |
| 37 | LD/9-62/26 | 120 | x | 67 | " | 55.83 | |
| 38 | LD/9-62/15 | 120 | x | 68 | " | 56.67 | |
| | Total 07 Slabs | | | | | 388.24 | |
| | | PALLET - 6 | | | | | |
| 39 | LD/9-62/42 | 119 | x | 66 | 2 CM | 54.54 | |
| 40 | LD/9-62/43 | 118 | x | 65 | " | 53.26 | |
| 41 | LD/9-62/44 | 119 | x | 65 | " | 53.72 | |
| 42 | LD/9-62/45 | 113 | x | 65 | " | 51.01 | |
| 43 | LD/9-62/46 | 119 | x | 67 | " | 55.37 | |
| 44 | LD/9-62/47 | 117 | x | 66 | " | 53.63 | |
| 45 | LD/9-62/48 | 119 | x | 65 | " | 53.72 | |
| 46 | LD/9-62/41 | 120 | x | 67 | " | 55.83 | |
| 47 | LD/9-62/39 | 116 | x | 68 | " | 54.78 | |
| 48 | LD/9-62/40 | 119 | x | 67 | " | 55.37 | |
| | Total 10 Slabs | | | | | 541.22 | |

Total   2732.48 Sq.Ft.

| 2 CM | 11 Slabs | 559.22 Sq.Ft. |
|---|---|---|
| 3 CM | 14 Slabs | 855.63 Sq.Ft. |
| 3 CM | 14 Slabs | 776.41 Sq.Ft. |
| 2 CM | 10 Slabs | 541.22 Sq.Ft. |
| Total | 49 SLABS | 2732.48 Sq.Ft. |

For P.R.P. USA

Authorised Signatory

Case 1:08-cv-01158    Document 11    Filed 05/16/2008    Page 24 of 45
Case 1:08-cv-01158    Document 1    Filed 02/26/2008    Page 23 of 63

Case 1:07-cv-04274    Document 6-2    Filed 07/31/2007    Page 14 of 20

# COMMERCIAL INVOICE

| | | |
|---|---|---|
| **P.R.P. USA**<br>1207, Candlewood CT.<br>Aurora, IL 60508, USA<br>Ph.630-215-7674<br>Fax:630-692-6989<br>C/o<br>Therkuthem Village, Mehr Taluk,<br>Madurai District, Tamilnadu-INDIA | Invoice No. & Date :<br>1514/16.10.2006 | Exporter's Ref : |
| | Buyer's Order No. :<br>P.O. No: 280/ALB/06 | L.C. No. & Date :<br>DT:30.09.2006 |
| | Other Reference(s) : | |
| **CONSIGNEE** | Buyer's (If other than Consignee) | |
| "TO ORDER" | INTERIORS,<br>SEMMES, AL 36575,<br>USA. | |
| | Country of Origin of Goods<br>INDIA | Country of Final Destination<br>USA |
| Pre-Carriage by<br>ROAD | Place of Receipt by Pre-Carrier<br>TUTICORIN | Terms of Delivery and Payment |
| Vessel / Flight No.<br>MAERSK ABERDEEN V. 6E0 | Port of Loading<br>TUTICORIN | F.O.B. AT TUTICORIN PORT<br>AT 90 DAYS FROM THE B/L DATE |
| Port of Discharge<br>MOBILE, AL | Final Destination<br>SEMMES, AL 36575 | |

| Marks & Nos<br>Container No | No. of Kinds<br>of Pkgs | Description of Goods | Quantity | Rate per | Amount |
|---|---|---|---|---|---|
| | 07 PALLETS - 52 SLABS | | | | |
| | GRANITE POLISHED SLABS | | | | |
| **CONTAINER NO.** | | | SQ. FT. | Rate/Sq. Ft. USD | TOTAL USD |
| HLCU 219068-9 | | | | | |
| **SEAL NO:** | 3 CM THICKNESS - 25 SLABS  MADURA GOLD | | 1578.61 | 7.59 | $    11,981.65 |
| 8256 | 2 CM THICKNESS - 27 SLABS  MADURA GOLD | | 1480.73 | 6.20 | $    9,180.53 |
| | | | 3059.34 | | |
| | FREE SAMPLES (20 NOS) OF 6" X 6" SIZES PACKED | | | | |
| | IN A SMALL WOODEN BOX | | | | |
| Amount Chargable<br>(in words) | | | | Total | $    21,162.18 |

US DOLLAR TWENTY ONE THOUSAND ONE HUNDRED SIXTY TWO AND CENTS EIGHTEEN ONLY

Declaration
We declare that this invoice shows the actual price of the goods
described and that all particulars are true and correct

E&OE

For P.R.P. USA

Authorised Signatory

## P.R.P. USA

1207 CANDLEWOOD CT, AURORA, IL 60508, USA.
PH. 630-215-7674, FAX: 630-692-6989

## PACKING SLIP

CONSIGNEE:

" TO ORDER "

| | |
|---|---|
| INVOICE No: | 1514 / 16.10.2006 |
| PORT OF LOADING : | TUTICORIN |
| FINAL DESTINATION : | SEMMES, AL 36575 |
| CONTAINER No: | HLCU - 219068 - 9 |
| PAYMENT TERMS : | F.O.B AT TUTICORIN PORT |

P.O.# 280/ ALB / 06/ 30.09.2006

MATERIAL NAME: MADURA GOLD

AT 90 DAYS FROM THE B/L DATE

| Sl. No. | Code | Slab Dimension | | | 2 / 3 CM | Net Sq.Ft. | REMARKS |
|---|---|---|---|---|---|---|---|
| | | **PALLET - 1** | | | | | |
| 1 | MG / 4877 / 33 | 123 | x | 73 | 3 CM | 62.35 | |
| 2 | MG / 4877 / 34 | 123 | x | 72 | " | 61.50 | |
| 3 | MG / 4877 / 35 | 123 | x | 72 | " | 61.50 | |
| 4 | MG / 4877 / 36 | 123 | x | 73 | " | 62.35 | |
| 5 | MG / 4877 / 37 | 121 | x | 72 | " | 60.50 | |
| 6 | MG / 4877 / 38 | 123 | x | 71 | " | 60.65 | |
| | Total 6 Slabs | | | | | 368.85 | |
| | | **PALLET - 2** | | | | | |
| 7 | MG / 4877 / 39 | 123 | x | 73 | 3 CM | 62.35 | |
| 8 | MG / 4877 / 30 | 116 | x | 73 | " | 58.81 | |
| 9 | MG / 4877 / 19 | 117 | x | 73 | " | 59.31 | |
| 10 | MG / 4877 / 20 | 117 | x | 73 | " | 59.31 | |
| 11 | MG / 4877 / 21 | 118 | x | 73 | " | 59.82 | |
| 12 | MG / 4877 / 22 | 117 | x | 73 | " | 59.31 | |
| | Total 6 Slabs | | | | | 358.92 | |
| | | **PALLET - 3** | | | | | |
| 13 | MG / 3724 / 29 | 117 | x | 78 | 3 CM | 63.38 | |
| 14 | MG / 3724 / 31 | 118 | x | 78 | " | 63.92 | |
| 15 | MG / 3724 / 32 | 118 | x | 78 | " | 63.92 | |
| 16 | MG / 3724 / 33 | 118 | x | 79 | " | 64.74 | |
| 17 | MG / 3724 / 34 | 118 | x | 78 | " | 63.92 | |
| 18 | MG / 3724 / 35 | 117 | x | 79 | " | 64.19 | |
| | Total 6 Slabs | | | | | 384.05 | |
| | | **PALLET - 4** | | | | | |
| 19 | MG / 3724 / 15 | 124 | x | 77 | 3 CM | 66.31 | |
| 20 | MG / 3724 / 16 | 123 | x | 79 | " | 67.48 | |
| 21 | MG / 3724 / 17 | 123 | x | 79 | " | 67.48 | |
| 22 | MG / 3724 / 18 | 120 | x | 79 | " | 65.83 | |
| 23 | MG / 3724 / 19 | 119 | x | 79 | " | 65.28 | |
| 24 | MG / 3724 / 20 | 122 | x | 79 | " | 66.93 | |
| 25 | MG / 3724 / 21 | 123 | x | 79 | " | 67.48 | |
| | Total 7 Slabs | | | | | 466.79 | |

1578.61 Sq.Ft.

:: 2 ::

PALLET - 5

| Sl. No. | Code | Slab Dimension | | | 2 / 3 CM | Net Sq.Ft. | REMARKS |
|---|---|---|---|---|---|---|---|
| | | | B/F | | | 1578.61 | |
| 26 | MG/4877/13 | 110 | x | 65 | 2 CM | 49.65 | |
| 27 | MG/4877/14 | 110 | x | 73 | " | 55.76 | |
| 28 | MG/4877/59 | 123 | x | 73 | " | 62.35 | |
| 29 | MG/4877/60 | 123 | x | 70 | " | 59.79 | |
| 30 | MG/4877/12 | 111 | x | 64 | " | 49.33 | |
| 31 | MG/4877/11 | 111 | x | 64 | " | 49.33 | |
| 32 | MG/4877/10 | 111 | x | 64 | " | 49.33 | |
| 33 | MG/4877/09 | 110 | x | 66 | " | 50.42 | |
| 34 | MG/4877/08 | 110 | x | 66 | " | 50.42 | |
| | Total 9 Slabs | | | | | 476.40 | |
| | | PALLET - 6 | | | | | |
| 35 | MG/4877/07 | 110 | x | 66 | 2 CM | 50.42 | |
| 36 | MG/4877/58 | 120 | x | 71 | " | 59.17 | |
| 37 | MG/4877/57 | 123 | x | 69 | " | 58.94 | |
| 38 | MG/4877/56 | 123 | x | 68 | " | 58.08 | |
| 39 | MG/4877/55 | 123 | x | 68 | " | 58.08 | |
| 40 | MG/4877/47 | 123 | x | 71 | " | 60.65 | |
| 41 | MG/4877/48 | 123 | x | 72 | " | 61.50 | |
| 42 | MG/4877/49 | 123 | x | 69 | " | 58.94 | |
| 43 | MG/4877/50 | 121 | x | 73 | " | 61.34 | |
| | Total 9 Slabs | | | | | 527.11 | |
| | | PALLET - 7 | | | | | |
| 44 | MG/4877/51 | 122 | x | 73 | 2 CM | 61.85 | |
| 45 | MG/4877/52 | 123 | x | 73 | " | 62.35 | |
| 46 | MG/4877/53 | 123 | x | 72 | " | 61.50 | |
| 47 | MG/4877/54 | 119 | x | 72 | " | 59.50 | |
| 48 | MG/4877/02 | 108 | x | 63 | " | 47.25 | |
| 49 | MG/4877/03 | 107 | x | 63 | " | 46.81 | |
| 50 | MG/4877/04 | 105 | x | 62 | " | 45.21 | |
| 51 | MG/4877/05 | 106 | x | 63 | " | 46.38 | |
| 52 | MG/4877/06 | 106 | x | 63 | " | 46.38 | |
| | Total 9 Slabs | | | | | 477.22 | |
| | | | | | Total | 3059.34 Sq.Ft. | |

| | | | |
|---|---|---|---|
| 3 CM | 25 Slabs | 1578.61 | Sq.Ft. |
| 2 CM | 27 Slabs | 1480.73 | Sq.Ft. |
| Total | 52 SLABS | 3059.34 | Sq.Ft. |

For P.R.P. USA

Authorised Signatory

# COMMERCIAL INVOICE

**P.R.P. USA**
1207, Candlewood CT,
Aurora, IL 60508, USA
Ph:630-215-7674
Fax:630-692-0089
C/o.
Thekkothen Village, Melur Taluk,
Madurai District, Tamilnadu-INDIA

Invoice No. & Date :
1515/16.10.2006

Exporter's Ref :

Buyer's Order No.
P.O. No: 281/ALB/06

L.C. No. & Date
DT:30.09.2006

Other Reference(s) :

**CONSIGNEE**

"TO ORDER"

Buyer's (if other than Consignee)

INTERIORS,
SEMMES, AL 36575,
USA.

| | Country of Origin of Goods | Country of Final Destination |
|---|---|---|
| | INDIA | USA |

| Pre-Carriage by | Place of Receipt by Pre-Carrier | Terms of Delivery and Payment |
|---|---|---|
| ROAD | TUTICORIN | |
| Vessel / Flight No | Port of Loading | |
| MAERSK ABERDEEN V.6E0 | TUTICORIN | F.O.B. AT TUTICORIN PORT |
| Port of Discharge | Final Destination | AT 90 DAYS FROM THE B/L DATE |
| MOBILE, AL | SEMMES, AL 36575 | |

| Marks & Nos. Container No. | No. of Kinds of Pkgs. Description of Goods | Quantity | Rate per | Amount |
|---|---|---|---|---|
| | 06 PALLETS - 41 SLABS | | | |
| | GRANITE POLISHED SLABS | | | |
| **CONTAINER NO.** | | **SQ. FT.** | **Rate/Sq. Ft. USD** | **TOTAL USD** |
| CPSU 103362-9 | | | | |
| **SEAL NO:** | 3 CM THICKNESS - 14 SLABS ROYAL BURGNDY GOLD | 779.35 | 7.79 | $ 6,071.14 |
| 8257 | 3 CM THICKNESS - 7 SLABS MADURA GOLD HONEY | 457.44 | 7.59 | $ 3,471.97 |
| | 3 CM THICKNESS - 6 SLABS SILVER SPARKLE | 430.96 | 8.50 | $ 3,663.16 |
| | 3 CM THICKNESS - 7 SLABS PARADISO CLASSIC | 480.08 | 6.79 | $ 3,259.74 |
| | 3 CM THICKNESS - 7 SLABS SUMMER YELLOW | 445.54 | 7.79 | $ 3,470.76 |
| | | 2593.37 | | |
| | FREE SAMPLES (20 NOS) OF 6" X 6" SIZES PACKED | | | |
| | IN A SMALL WOODEN BOX | | | |

| Amount Chargeable (in words) | Total | $ 19,936.77 |
|---|---|---|

US DOLLAR NINTEEN THOUSAND NINE HUNDRED THIRTY SIX AND CENTS SEVENTY SEVEN ONLY

Declaration
We declare that this invoice shows the actual price of the goods
described and that all particulars are true and correct.

E.&O.E.

For P.R.P. USA

Authorised Signatory

## P.R.P. USA

1207 CANDLEWOOD CT, AURORA, IL 60508, USA.
PH. 630-215-7674, FAX: 630-692-6989

## PACKING SLIP

**CONSIGNEE:**

" TO ORDER "

| | |
|---|---|
| INVOICE No: | 1515 / 16.10.2006 |
| PORT OF LOADING : | TUTICORIN |
| FINAL DESTINATION : | SEMMES, AL 36575 |
| CONTAINER NO: | CPSU - 103362 - 9 |
| PAYMENT TERMS | F.O.B AT TUTICORIN PORT |

P.O.# 281/ ALB / 06/ 30.09.2006

MATERIAL NAME: ROYAL BURGUNDY, MADURA GOLD (HONED),
SILVER SPARKLE, PARADISO CLASSICO, SUMMER YELLOW

AT 90 DAYS FROM THE B/L DATE

| Sl. No. | Code | Slab Dimension | | | 2 / 3 CM | Net Sq.Ft. | REMARKS |
|---|---|---|---|---|---|---|---|
| PALLET - 1 | | | | | | | |
| 1 | INDG/6-587/31 | 114 | x | 73 | 3 CM | 57.79 | |
| 2 | INDG/6-587/30 | 113 | x | 74 | " | 58.07 | |
| 3 | INDG/6-587/29 | 114 | x | 75 | " | 59.38 | |
| 4 | INDG/6-587/28 | 113 | x | 74 | " | 58.07 | |
| 5 | INDG/6-587/27 | 114 | x | 75 | " | 59.38 | |
| 6 | INDG/6-587/26 | 113 | x | 73 | " | 57.28 | |
| 7 | INDG/6-587/25 | 113 | x | 74 | " | 58.07 | |
| | Total 7 Slabs | | | | | 408.03 | |
| PALLET - 2 | | | | | | | |
| 8 | INDG/6-587/39 | 112 | x | 70 | 3 CM | 54.44 | |
| 9 | INDG/6-587/40 | 112 | x | 69 | " | 53.67 | |
| 10 | INDG/6-587/41 | 113 | x | 68 | " | 53.36 | |
| 11 | INDG/6-587/42 | 114 | x | 67 | " | 53.04 | |
| 12 | INDG/6-587/43 | 112 | x | 67 | " | 52.11 | |
| 13 | INDG/6-587/44 | 113 | x | 68 | " | 53.36 | |
| 14 | INDG/6-587/45 | 112 | x | 66 | " | 51.33 | |
| | Total 7 Slabs | | | | | 371.32 | |
| PALLET - 3 | | | | | | | |
| 15 | MG/3724/28 | 119 | x | 79 | 3 CM | 65.28 | |
| 16 | MG/3724/27 | 121 | x | 77 | " | 64.70 | |
| 17 | MG/3724/26 | 119 | x | 79 | " | 65.28 | |
| 18 | MG/3724/25 | 119 | x | 78 | " | 64.46 | |
| 19 | MG/3724/24 | 122 | x | 79 | " | 66.93 | |
| 20 | MG/3724/23 | 122 | x | 77 | " | 65.24 | |
| 21 | MG/3724/22 | 121 | x | 78 | " | 65.54 | |
| | Total 7 Slabs | | | | | 457.44 | |

1236.79 Sq.Ft.

:: 2 ::

PALLET - 4

| Sl. No. | Code | Slab Dimension | | | 2 / 3 CM | Net Sq.Ft. | REMARKS |
|---|---|---|---|---|---|---|---|
| | | B/F | | | | 1236.79 | |
| 22 | SPL/7-293/01 | 135 | x | 74 | 3 CM | 69.38 | |
| 23 | SPL/7-293/02 | 135 | x | 75 | " | 70.31 | |
| 24 | SPL/7-293/23 | 131 | x | 78 | " | 70.96 | |
| 25 | SPL/7-293/22 | 135 | x | 78 | " | 73.13 | |
| 26 | SPL/7-293/20 | 135 | x | 78 | " | 73.13 | |
| 27 | SPL/7-293/18 | 135 | x | 79 | " | 74.06 | |
| | Total 6 Slabs | | | | | 430.96 | |

PALLET - 5

| Sl. No. | Code | Slab Dimension | | | 2 / 3 CM | Net Sq.Ft. | REMARKS |
|---|---|---|---|---|---|---|---|
| 28 | PDO/9-58/16 | 134 | x | 73 | 3 CM | 67.93 | |
| 29 | PDO/9-58/08 | 133 | x | 74 | " | 68.35 | |
| 30 | PDO/9-58/31 | 134 | x | 76 | " | 70.72 | |
| 31 | PDO/9-58/30 | 133 | x | 74 | " | 68.35 | |
| 32 | PDO/9-58/29 | 133 | x | 76 | " | 70.19 | |
| 33 | PDO/9-58/07 | 133 | x | 75 | " | 69.27 | |
| 34 | PDO/9-58/06 | 127 | x | 74 | " | 65.26 | |
| | Total 7 Slabs | | | | | 480.08 | |

PALLET - 6

| Sl. No. | Code | Slab Dimension | | | 2 / 3 CM | Net Sq.Ft. | REMARKS |
|---|---|---|---|---|---|---|---|
| 35 | SMY/3606/21 | 119 | x | 75 | 3 CM | 61.98 | |
| 36 | SMY/3606/22 | 120 | x | 76 | " | 63.33 | |
| 37 | SMY/3606/23 | 120 | x | 77 | " | 64.17 | |
| 38 | SMY/3606/24 | 120 | x | 77 | " | 64.17 | |
| 39 | SMY/3606/25 | 121 | x | 77 | " | 64.70 | |
| 40 | SMY/3606/26 | 121 | x | 76 | " | 63.86 | |
| 41 | SMY/3606/28 | 120 | x | 76 | " | 63.33 | |
| | Total 7 Slabs | | | | | 445.54 | |

Total    2593.37 Sq.Ft.

| 3 CM | 14 Slabs | 779.35 Sq.Ft. |
|---|---|---|
| 3 CM | 7 Slabs | 457.44 Sq.Ft. |
| 3 CM | 6 Slabs | 430.96 Sq.Ft. |
| 3 CM | 7 Slabs | 480.08 Sq.Ft. |
| 3 CM | 7 Slabs | 445.54 Sq.Ft. |
| Total | 41 slabs | 2593.37 Sq.Ft. |

For P.R.P. USA

Authorised Signatory

Case 1:08-cv-01158   Document 11   Filed 05/16/2008   Page 30 of 45
Case 1:08-cv-01158   Document 1   Filed 02/26/2008   Page 29 of 63

Case 1:07-cv-04274   Document 6-2   Filed 07/31/2007   Page 20 of 20

## COMMERCIAL INVOICE

**PRP USA**

1207, Candlewood CT,
Aurora, IL 60508, USA

| Invoice No. & Date : | Exporter's Ref : |
|---|---|
| 1251116/11.30.2006 | |
| Buyer's Order No. : | L.C. No. & Date : |
| P.O.No: CUSTOM INTERIORS | |
| Other Reference(s) : | |

**CONSIGNEE :**

CUSTOM INTERIORS

8255 WARDS LANE

SEMMES, AL 36575

Buyer's (If other than Consignee)

Country of Final Destination
USA

| Pre-Carriage by ROAD | Place of Receipt by Pre-Carrier | Terms of Delivery and Payment |
|---|---|---|
| Vessel / Flight No. LT UNICA | Port of Loading | |
| Port of Discharge LOS ANGELES | Final Destination SEMMES, AL | AT 90 DAYS FROM THE B/L DATE |

| Marks & Nos. Container No. | No. of Kinds of Pkgs. | Description of Goods | Quantity | Rate per | Amount |
|---|---|---|---|---|---|
| | 06 PALLETS | | | | |
| | GRANITE POLISHED SLABS | | | | |
| **CONTAINER NO.** | | | SQ. FT. | Rate/Sq. Ft. USD | TOTAL USD |
| GLDU 2299376 | | | | | |
| **SEAL NO:** | 3 CM THICKNESS -BALTIC BROWN | | 1053.87 | $   8.70 | $   9,168.67 |
| | 3 CM THICKNESS - TROPIC BROWN | | 1216.37 | $   8.89 | $   10,813.53 |
| | | | 2270.24 | | |

| Amount Chargable (in words) | | Total | $   19,982.20 |
|---|---|---|---|

US DOLLAR NINTEEN THOUSAND NINE HUNDRED EIGHT TWO AND CENTS TWENTY ONLY

**Conditions:**
*By accepting this invoice and the goods supplied, you are confirming the order placed (incl.variations if any) and payment terms mentioned above.

*For any disputed arising out of the supply and payment, you agree to the jurisdiction of courts in the state of Illinois and the county of Dupage.

*For any unpaid balances beyond the due date, you agree to pay interest of 12%.

*The prevailing party in any dispute arising from this agreement shall be able to recover reasonable attorney and other charges from the other party

For P.R.P. USA

Authorised Signatory



Case 1:08-cv-01158   Document 11   Filed 05/16/2008   Page 31 of 45
Case 1:08-cv-01158   Document 1   Filed 02/26/2008   Page 30 of 63

Case 1:07-cv-04274   Document 6   Filed 07/31/2007   Page 2 of 7

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| STONE INTERIORS, INC., d/b/a PRP USA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07 C 4274 |
| | ) |
| CUSTOM INTERIORS, LLC | ) |
| | ) |
| Defendant. | ) |

**FIRST AMENDED COMPLAINT FOR BREACH OF CONTRACT**

Plaintiff, Stone Interiors, Inc. d/b/a PRP USA ("Stone Interiors"), by and through its

attorney, J. Scott Humphrey of Seyfarth Shaw LLC, alleges and states as follows for its

Complaint for money judgment against Defendant Custom Interiors, LLC ("Custom Interiors").

OVERVIEW

1.      Stone Interiors seeks to recover a money judgment in the amount of $137,435.89,

plus interest, and to recover all costs incurred in this action, including attorneys fees, pursuant to

an Agreement entered into between Stone Interiors and Custom Interiors in October and

November 2006.

PARTIES, JURISDICTION AND VENUE

2.      Stone Interiors is an Illinois corporation with its principal place of business

located at 1207 Candlewood Court in Aurora, Illinois. Stone Interiors is in the business of

supplying marble and granite products to various customers. All actions taken by Stone Interiors

with respect to its business originate out of its headquarters in Aurora, Illinois.

3.      Based upon information and belief, Custom Interiors is an Alabama Limited

Liability Corporation with its principal place of business at 8255 Wards Lane in Semmes,

Alabama.

CH1 11276939.1

**EXHIBIT**

*D*

Case 1:08-cv-01158    Document 11    Filed 05/16/2008    Page 32 of 45
Case 1:08-cv-01158    Document 1    Filed 02/26/2008    Page 31 of 63

Case 1:07-cv-04274    Document 6    Filed 07/31/2007    Page 3 of 7

4.    Also based upon information and belief, Jason Ziglar, James Ziglar, Darrel Roberts and RZ Group, LLC are the only members of Custom Interiors. Jason Ziglar, James Ziglar and Darrel Roberts are individuals who reside in Alabama. RZ Group, LLC is an Alabama Limited Liability Corporation.

5.    In October and November 2006, Stone Interiors entered into negotiations with Custom Interiors from its offices in Aurora, Illinois about supplying services and materials to Custom Interiors.

6.    The parties subsequently entered into an Agreement whereby Stone Interiors agreed to supply, and Custom Interiors agreed to pay for, marble and granite slabs to Custom Interiors.

7.    Stone Interiors entered into this Agreement from its offices in Aurora, Illinois.

8.    Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. §1332 because the parties are citizens of different states and the matter in controversy exceeds $75,000.00.

9.    Venue is also proper in this district under 28 U.S.C. §1391(a) because Stone Interiors' principal place of business is here, Custom Interiors conducts business here, a substantial portion of the transactions at issue took place here, and the parties specifically agreed that a court sitting in Illinois and Dupage County would resolve any dispute arising out of the Agreement.

## BREACH OF CONTRACT

10.    In October and November 2006, Stone Interiors and Custom Interiors entered into an Agreement (the "Agreement") whereby Custom Interiors would purchase, and Stone Interiors would deliver, marble and granite slabs from Stone Interiors. The terms of the Agreement are

CH1 11276939.1

2

Case 1:08-cv-01158   Document 11   Filed 05/16/2008   Page 33 of 45
Case 1:08-cv-01158   Document 1   Filed 02/26/2008   Page 32 of 63

Case 1:07-cv-04274   Document 6   Filed 07/31/2007   Page 4 of 7

found in the invoices sent by Stone Interiors to Custom Interiors on October 10, October 16 and November 30, 2006. Copies of these invoices are attached as Exhibits A-C.

11.     Pursuant to the Agreement, Stone Interiors issued an invoice to Custom Interiors following Custom Interior's order for marble and/or granite slabs.

12.     The invoice(s) stated the materials, quantity, price and total amount of Custom Interior's order and Stone Interiors would ship the marble and/or granite slabs to Custom Interiors along with the invoice.

13.     The invoices also stated that payment for the marble and/or granite slabs is due within 90 days of the bill of lading.

14.     Thus, under the express terms of the Agreement, Custom Interiors agreed to pay for all materials provided by Stone Interiors within 90 days of the bill of lading.

15.     Stone Interiors and Custom Interiors further agreed that Custom Interiors would be charged interest at the rate of 12 percent per annum for any invoice that was not paid within 90 days of the bill of lading.

16.     Finally, the parties agreed that the prevailing party in any dispute arising out of the Agreement "shall be able to recover reasonable attorney and other charges" from the non-prevailing party.

17.     Pursuant to the Agreement, on October 10, 2006, Stone Interiors issued an invoice to Custom Interiors with a Bill of Lading date of October 10, 2006. The invoice amount was for $12,335.41 worth of material. A copy of the invoice is attached as Exhibit A.

18.     Pursuant to the Agreement, on October 16, 2006, Stone Interiors issued six invoices to Custom Interiors with a Bill of Lading date of October 16, 2006. The total invoice amount was for $122,715.62 worth of material. A copy of the October 16, 2006 invoices are attached as Exhibit B.

3

Case 1:08-cv-01158    Document 11    Filed 05/16/2008    Page 34 of 45
Case 1:08-cv-01158    Document 1    Filed 02/26/2008    Page 33 of 63

Case 1:07-cv-04274    Document 6    Filed 07/31/2007    Page 5 of 7

19.    Pursuant to the Agreement, on November 30, 2006, Stone Interiors issued an invoice to Custom Interiors with a Bill of Lading date of November 30, 2006. The invoice amount was for $19,982.20 worth of material. A copy of the November 30, 2006 invoice is attached as Exhibit C.

20.    Thus, in accordance with the Agreement, Stone Interiors provided Custom Interiors with $155,033.23 worth of marble and granite in October and November 2006 and payment for the marble and granite was due no later than March 1, 2007.

21.    Custom Interiors, however, only paid $30,000.00 for the material Stone Interiors supplied Custom Interiors and, as such, has failed to pay the remaining $125,033.23 it owes Stone Interiors.

22.    Additionally, pursuant to the Agreement, interest at the rate of 12 percent per annum is to be applied to all sums that are overdue on each invoice.

23.    The total amount of interest due under the Agreement, as of July 1, 2007, is $12,402.66.

24.    Moreover, on May 2, 2007, Custom Interiors offered, and Stone Interiors accepted, to comply with the duties and obligations Custom Interiors owed Stone Interiors under the Agreement by making full and complete payment of the $137,435.89 it owed Stone Interiors by June 8, 2007.

25.    Once again, Custom Interiors failed to live up to its duties and obligations.

26.    Specifically, Custom Interiors failed to make full and complete payment of the amount owed Stone Interiors and, as of this date, Custom Interiors still owes Stone Interiors $137,435.89.

27.    Stone Interiors has fully performed all the duties and obligations it owed Custom Interiors under the Agreement.

4

CHJ 11276939.1

Case 1:08-cv-01158    Document 11    Filed 05/16/2008    Page 35 of 45
Case 1:08-cv-01158    Document 1    Filed 02/26/2008    Page 34 of 63

Case 1:07-cv-04274    Document 6    Filed 07/31/2007    Page 6 of 7

28.    Custom Interiors, however, has breached, and continues to breach, its Agreement with Stone Interiors by failing to pay Stone Interiors for all of the material Stone Interiors provided Custom Interiors in October and November 2006.

29.    Accordingly, Stone Interiors is entitled to recover damages equal to the full amount due under the invoices, plus interest at the applicable interest rate, from Custom Interiors.

30.    Stone Interiors is also allowed to recover its costs, including its attorneys fees, in having to institute legal proceedings against Custom Interiors.

CHI 11276939.1

Case 1:08-cv-01158    Document 11    Filed 05/16/2008    Page 36 of 45
Case 1:08-cv-01158    Document 1    Filed 02/26/2008    Page 35 of 63

Case 1:07-cv-04274    Document 6    Filed 07/31/2007    Page 7 of 7

WHEREFORE, Stone Interiors, Inc. d/b/a PRP USA, respectfully requests that this Honorable Court enter judgment in its favor and against Defendant, Custom Interiors, LLC, as follows:

(a)    order Custom Interiors to pay Stone Interiors $125,033.23 in principal pursuant to the outstanding invoices;

(b)    order Custom Interiors to pay, at a minimum $12,402.66 for interest due as a result of the outstanding invoices, plus continuing interest at the rate of 12 percent per annum from March 2006 through the date that all amounts overdue on the invoices are paid in full;

(c)    order Custom Interiors to pay all of Stone Interior's costs and expenses, including its attorneys fees, for having to bring these legal proceedings;

(d)    award Stone Interiors, for the period subsequent to March 1, 2007, interest at the rate of 5 percent per annum on all amounts unpaid under the invoices, pursuant to 815 ILCS 205/2;

(e)    award Stone Interiors all further relief that is just and proper.

Respectfully submitted,

STONE INTERIORS, INC., d/b/a PRP USA.

By _____
One of Its Attorneys

J. Scott Humphrey, Esq.
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, IL  60603-5577

6

CH1 11276939.1

Case 1:08-cv-01158    Document 11    Filed 05/16/2008    Page 37 of 45
Case 1:08-cv-01158    Document 1    Filed 02/26/2008    Page 56 of 63

Case 1:07-cv-04274    Document 8    Filed 08/29/2007    Page 1 of 2

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

STONE INTERIORS, INC., d/b/a PRP USA,

V.

CUSTOM INTERIORS, LLC

CASE NUMBER:  07CV 4274

ASSIGNED JUDGE:  JUDGE GUZMAN

MAGISTRATE JUDGE ASHMAN

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

CUSTOM INTERIORS LLC
c/o Jason Zigler
1280 Seven Hills Drive
Mobile, AL 36695

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Scott Humphrey
SEYFARTH SHAW LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUL 3 0 2007

DATE



Case 1:08-cv-01158    Document 11    Filed 05/16/2008    Page 38 of 45
Case 1:08-cv-01158    Document 1    Filed 02/26/2008    Page 57 of 63

Case 1:07-cv-04274    Document 8    Filed 08/29/2007    Page 2 of 2

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE AUGUST 8, 2007 |
|---|---|
| NAME OF SERVER (PRINT) JASON D. WEATHERBY | TITLE PRIVATE PROCESS SERVER |

Check one box below to indicate appropriate method of service

G  Served personally upon the defendant. Place where served: 8255 WARDS LN

SEMMES, AL 36575

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

G  Returned unexecuted:

G  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-8-07
　　　　　　　Date　　　　　　　　　Signature of Server

P.O. box 608 MOBILE, AL 36601
Address of Server

FILED
AUG 2 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release ("Agreement") is made this ___ day of September, 2007, by and between STONE INTERIORS, INC. d/b/a PRP USA ("STONE INTERIORS"), CUSTOMER INTERIORS, LLC ("CUSTOM INTERIORS") and MICHAEL ZAMPIERI ("ZAMPERI") (collectively, the "Parties").

## RECITALS

WHEREAS, on July 30, 2007, STONE INTERIORS filed suit against CUSTOM INTERIORS in the action captioned *"Stone Interiors, Inc. d/b/a PRP USA  v. Custom Interiors, LLC,"*  Case No. 2007 CV 4274 (the "Lawsuit") in the United States District Court for the Northern District of Illinois;

WHEREAS, it is the desire of the Parties to resolve all disputes, asserted or unasserted, arising out of, or in any way related to any acts, failures to act, omissions, misrepresentations, facts, events, transactions, occurrences or other matters set forth, alleged, embraced by, or otherwise referred to at any time in the Lawsuit or between the Parties;

NOW, THEREFORE, for and in consideration of the Recitals, mutual promises, covenants and undertakings hereinafter set forth, and for other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged by each party from the other, the Parties hereto agree as follows:

1.    **Payment**.  CUSTOM INTERIORS and ZAMPERI, jointly and severally, shall pay to STONE INTERIORS the total sum of ONE HUNDRED EIGHTEEN THOUSAND ONE HUNDRED SEVENTY-NINE DOLLARS  AND 99/100 ($118,179.99) in full and complete settlement of STONE INTERIORS claims against CUSTOM INTERIORS.  CUSTOM INTERIORS and/or ZAMPERI are to make nine monthly payments of THIRTEEN THOUSAND ONE HUNDRED THIRTY-ONE DOLLARS AND 11/1100 ($13,131.11) on or

EXHIBIT
F

before the fifth day of each month beginning October 2007 and ending August 2008. The check

representing the monthly payment should be made payable to:

> Stone Interiors, Inc. d/b/a PRP USA
> 1207 Candlewood Court
> Aurora, IL 60502

A copy of the check shall be sent to:

> J. Scott Humphrey
> Seyfarth Shaw LLP
> 131 South Dearborn Street, Suite 2400
> Chicago, IL 60603.

In the event that any sums that are due hereunder are not timely paid, such outstanding

sums shall bear interest at the lesser of 12% per annum or the highest legally permitted interest

rate, if any, and such sum (the amount due under the Agreement and the applicable interest) shall

be payable upon demand.

2.    **Release by Stone Interiors**. STONE INTERIORS, with the intent of binding

itself and its parent, affiliated and subsidiary companies, and its officers, directors, employees,

agents, attorneys, insurers, sureties, predecessors, successors, assigns, personal representatives,

insurers and insureds, does hereby release, remise and forever discharge CUSTOM INTERIORS

and ZAMPERI and their respective parent, affiliated and subsidiary companies, and their

respective officers, directors, members, employees, agents, attorneys, predecessors, successors,

assigns, sureties, insurers, and personal representatives from any and all claims STONE

INTERIORS has or may have for payment, repayment, reimbursement or recovery of any

amount, relating in any way to the Lawsuit between the parties.

3.    **Release by Custom Interiors and Zamperi**. CUSTOM INTERIORS and

ZAMPERI, with the intent of binding themselves and their parent, affiliated and subsidiary

companies, officers, directors, members, employees, agents, attorneys, predecessors, successors,

2

CHI 11315472.1

assigns and personal representatives, do hereby release, remise and forever discharge STONE INTERIORS and its parent, affiliated and subsidiary companies, officers, directors, employees, agents, attorneys, predecessors, successors, assigns, personal representatives, insurers and insureds from any and all claims CUSTOM INTERIORS and/or ZAMPERI  have or may have against STONE INTERIORS arising from any business relationship CUSTOM INTERIORS and/or ZAMPERI had with STONE INTERIORS.

4.      **Additional Representations and Warranties**.  Each Party hereby represents and warrants to the other Parties that he or it (a) is the sole owner of any claims released or purported to be released by such Party under this Agreement, (b) has not filed, assigned, transferred, or purported to assign or transfer any claim released or purported to be released in this Agreement to any person or entity, (c) has full authority to enter into this Agreement and (d) has the ability and desire to fulfill the terms of this Agreement.

5.      **Dismissal**.  The Parties agree that the Complaint brought by STONE INTERIORS against CUSTOM INTERIORS shall be dismissed with prejudice and without costs.

6.      **Modification and Amendment**.  This Agreement may be modified or amended only by written agreement executed by all Parties hereto.

7.      **This Agreement Is A Result of Compromise**.  This Agreement is the result of a compromise by the Parties hereto and is not and shall not be considered as an admission of the truth of any allegations of wrongdoing or claims or contentions which relate to the subject matter of the Lawsuit, it being expressly understood and acknowledged that all Parties hereto deny any allegations of, and liability for, any claims by the opposing Party.

8.      **Entire Agreement**.  This Agreement constitutes the entire agreement and understanding between the Parties pertaining to the resolution of the Lawsuit and, except as

CHI 11315472.1

otherwise specified herein, supersedes and replaces all prior negotiations and proposed agreements, written or oral. The Parties acknowledge that no other party or agent or attorney of any other party has made any promise, representation or warranty to induce this Agreement and the Parties acknowledge that they have not executed this Agreement in reliance upon any such promise, representation or warranty not contained herein. Each of the Parties have read the Agreement, understand the contents thereof, and is signing the Agreement as its own free act and deed, without any persuasion or coercion on the part of anyone, and after relying upon the advice of independent counsel or after having the opportunity to have this Agreement reviewed by independent counsel.

9.  **Governing Law**. This Agreement shall be construed and interpreted in accordance with the laws of the State of Illinois, without regard to its choice of law principles and the Parties hereby covenant and agree that any and all actions arising out of or related to this Agreement will be brought and maintained in the United States District Court for the Northern District of Illinois and each party to this Agreement hereby consents and submits to the exclusive jurisdiction of and service or process from such court for any and all such actions.

10.  **Counterparts**. This Agreement may be executed in counterparts with the same force and effect as if a single original had been executed by the parties hereto.

11.  **Knowing and Voluntary**. Each Party verifies that it has had a full and fair opportunity to consult with counsel of its choice concerning this Agreement and/or that it has consulted its counsel prior to signing this Agreement, that it is knowingly and voluntarily entering into this Agreement, and that it has not been coerced or threatened into signing this Agreement. No party shall be deemed or claim to be the drafter of this Agreement.

4

CHI 11315472.1

12.    **Breach of Agreement.**  In the event that any Party to this Agreement breaches the terms of this Agreement, the prevailing party in any legal proceeding arising out of this Agreement shall be entitled to recover all reasonable attorney fees and litigation costs, including filing fees and expert fees, and shall be entitled to seek the full recovery of the amount claimed in the Lawsuit.

IN WITNESS THEREOF, the undersigned have caused this Settlement Agreement and Release to be executed by a duly authorized individual.

STONE INTERIORS, INC. d/b/a PRP USA

By_____        Date:_____
    Name:
    Title:


CUSTOM INTERIORS, LLC

By_____        Date:_____
    Name:
    Title:


MICHAEL ZAMPERI

By_____        Date:_____

CHI 11315472.1

12.   **Breach of Agreement**.  In the event that any Party to this Agreement breaches the terms of this Agreement, the prevailing party in any legal proceeding arising out of this Agreement shall be entitled to recover all reasonable attorney fees and litigation costs, including filing fees and expert fees, and shall be entitled to seek the full recovery of the amount claimed in the Lawsuit.

IN WITNESS THEREOF, the undersigned have caused this Settlement Agreement and Release to be executed by a duly authorized individual.

STONE INTERIORS, INC. d/b/a PRP USA

By:_____       Date:_____
   Name:
   Title:

CUSTOM INTERIORS, LLC

By_____       Date: 10/11/07
   Name:
   Title: General Mgr

managing member is out of country until 10/13

MICHAEL ZAMPERI IV

By_____       Date:_____

Michael Zampieri III - managing member

_____        _____   member
Jim Ziglar

_____        _____   member
Jason Ziglar

CHI 11315472.1                            5

## CERTIFICATE OF SERVICE

I, J. Scott Humphrey, an attorney, certify that I caused a true and correct copy of the

foregoing First Amended Complaint to be served upon:

> Mr. Mike Zampieri
> Custom Interiors
> 8255 Wards Lane
> Semmes, Alabama  36575

> Ms. Sharon K. Beck
> Hard Rock Enterprises LLC
> 10023 Lifeline Court
> Mobile, Alabama  36608

by placing in a properly addressed, postage prepaid envelope and deposited in the U.S. Mail at

131 S. Dearborn Street, Chicago, Illinois this 16th day of May, 2008.


　　　　　　　　　　　　_____s/J. Scott Humphrey_____

11

CHI 11479528.1