AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

STONE INTERIORS, INC., d/b/a PRP USA,

    Plaintiff,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 1158

V.

CUSTOM INTERIORS, LLC,
MICHAEL ZAMPIERI IV, and
HARD ROCK ENTERPRISES, LLC,

    Defendants.

ASSIGNED JUDGE: Virginia M Kendall

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant) Hard Rock Enterprises, LLC
c/o Ms. Sharon K. Beck
10023 Lifeline Court
Mobile, Alabama 36608

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Scott Humphrey, Esq.
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603-5577

an answer to the complaint which is herewith served upon you, within ~~30~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAY 2 1 2008

DATE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Plaintiff
Stone Interiors, Inc., dba PRP USA
vs.
Defendant
Custom Interiors, LLC, Michael Zampieri, IV, and Hard Rock Enterprises, LLC

Case No.: 08 CV 1158

## RETURN OF SERVICE

Received this on 5/23/2008 at 11:56 AM

I Cherie A. Weatherby, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on 5/27/2008 at 1:57 PM, I executed service of Summons & Complaint on Hard Rock Enterprises, LLC c/o Sharon K. Beck at 10023 Lifeline Court Mobile, Alabama 36608

By Corporate Service Service to: Jennifer Lott, Office Manager, for Sharon K. Beck

Military Status: N/A

Process Server spoke with Sharon Beck via telephone from her office and she advised Process Server that Jennifer Lott was authorized to accept Service fo Process for the company.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_Cherie A. Weatherby_   Executed on 5/27/08
Cherie A. Weatherby,

Legal Assistants, Inc.
27 North Wacker Drive, #195
Chicago, Illinois 60606
(312) 296-9506

State of Alabama
County of Mobile
Subscribed and sworn to before me, a notary public, on May 29, 2008

_Mary Austin_
Notary Public
My Commission Expires: 01/06/09

ID: 20080590
Client Reference: None