**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Stone Interiors, Inc.
                        Plaintiff,

v.                                              Case No.: 1:08−cv−01158
                                              Honorable Virginia M. Kendall

Custom Interiors, LLC, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held on 6/25/2008. Counsel for plaintiff appears. Counsel for defendants fails appear. Status hearing is continued to 7/24/2008 at 09:00 AM., for report on settlement.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.