## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Stone Interiors, Inc.
                                       Plaintiff,

v.                                                           Case No.: 1:08−cv−01158
                                                               Honorable Virginia M. Kendall

Custom Interiors, LLC, et al.
                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Defendant fails to appear.Status hearing held and continued to 8/7/2008 at 09:00 AM. Plaintiff shall file a motion for default and notice it for hearing on 8/7/2008 at 9:00 am.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.