UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| STONE INTERIORS, INC., d/b/a PRP USA,<br><br>      Plaintiff,<br><br>v.<br><br>CUSTOM INTERIORS, LLC,<br>MICHAEL ZAMPIERI IV, and HARD<br>ROCK ENTERPRISES, LLC<br><br>      Defendants. | Case No. 08 CV 1158 |

## NOTICE OF MOTION

TO:    Mr. Mike Zampieri                  Ms. Sharon K. Beck
          Custom Interiors LLC             Hard Rock Enterprises LLC
          8255 Wards Lane                     10023 Lifeline Court
          Semmes, Alabama 36575        Mobile, Alabama 36608

    PLEASE TAKE NOTICE that on August 21, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia Kendall, or any other judge sitting in her stead in Courtroom 2319 of the Northern District of Illinois, 219 S. Dearborn Chicago, Illinois, and then and there present the attached Motion for Entry of Default Judgment, a copy of which is attached and served upon you.

**Dated: August 15, 2008**                      Respectfully submitted,

                                                 STONE INTERIORS, INC. D/B/A PRP USA


                                               By     s/J. Scott Humphrey
                                                      One of Its Attorneys

J. Scott Humphrey, Esq.
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

## **CERTIFICATE OF SERVICE**

I, J. Scott Humphrey, an attorney, certify that I caused a true and correct copy of the foregoing Notice of Motion to be served upon:

>Mr. Mike Zampieri
>Custom Interiors
>8255 Wards Lane
>Semmes, Alabama  36575
>
>Ms. Sharon K. Beck
>Hard Rock Enterprises LLC
>10023 Lifeline Court
>Mobile, Alabama  36608

by placing in a properly addressed, postage prepaid envelope and deposited in the U.S. Mail at 131 S. Dearborn Street, Chicago, Illinois this 15th day of August, 2008.

_____s/J. Scott Humphrey_____