UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| STONE INTERIORS, INC., d/b/a PRP USA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08 CV 1158 |
| CUSTOM INTERIORS, LLC, MICHAEL ZAMPIERI IV, and HARD ROCK ENTERPRISES, LLC | ) |
| Defendants. | ) |

## NOTICE OF FILING

TO:  Mr. Mike Zampieri                    Ms. Sharon K. Beck
     Custom Interiors LLC                 Hard Rock Enterprises LLC
     8255 Wards Lane                      10023 Lifeline Court
     Semmes, Alabama  36575               Mobile, Alabama  36608

PLEASE TAKE NOTICE that on August 20, 2008, we filed with the Clerk of the District Court for the Northern District of Illinois, the Executed Affidavit of Siva Reddy, a copy of which is attached and is hereby served upon you.

Respectfully submitted,

STONE INTERIORS, INC. D/B/A PRP USA

By_____s/J. Scott Humphrey_____
       One of Its Attorneys

J. Scott Humphrey, Esq.
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000