Order Form (01/2005)

MHN

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1158 | **DATE** | 8/21/2008 |
| **CASE TITLE** | STONE INTERIORS INC vs. CUSTOM INTERIORS et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for default judgment against defendants Custom Interiors and Hard Rock is granted. Enter judgment in favor of plaintiff Stone Interiors Inc. and against defendants Custom Interiors and Hard Rock in the amount of $125,033.23 jointly and severally and an additional judgment amount of $33,827.48 against defendant Custom Interiors. Plaintiff's oral motion to dismiss defendant Michael Zampieri IV is granted. This action is dismissed in its entirety.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | JS |
|---|---|---|