MHN

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

STONE INTERIORS, INC., d/b/a PRP USA, )
)
       Plaintiff, )
)
v. ) Case No. 08 CV 1158
)
CUSTOM INTERIORS, LLC, MICHAEL )
ZAMPIERI IV, and HARD ROCK )
ENTERPRISES, LLC )
)
       Defendants. )

## ORDER

This matter coming to be heard on Plaintiff STONE INTERIORS, INC., d/b/a PRP USA's ("Stone Interiors") Motion for Default Judgment against Defendants CUSTOM INTERIORS, LLC ("Custom Interiors") and HARD ROCK ENTERPRISES, LLC ("Hard Rock"), due notice having been given and the Court being fully advised:

**THE COURT HEREBY ORDERS:**

1. Stone Interiors Motion for Default Judgment against Custom Interiors and Hard Rock is granted.

2. A default judgment in the amount of $125,033.23 is entered, joint and severally, against Custom Interiors and Hard Rock.

3. An additional default judgment in the amount of $33,827.48 is entered against Custom Interiors.

Date: August 21, 2008

                                      Judge Virginia Kendall

J. Scott Humphrey
Seyfarth Shaw LLP
131 South Dearborn, Suite 2400
Chicago, Illinois 60603

CH1 11546264.1